EXHIBIT C

59511 (10-19)

05-0036-00
SELBY-GRANGER INSURANCE AGENCY
PO BOX 248
NEOSHO  MO  64850



**LIFE • HOME • CAR • BUSINESS**

PO Box 30660  •  Lansing, MI 48909-8160
517.323.1200

02-18-2021

AUTO-OWNERS INSURANCE COMPANY

You can view your policy, pay your bill, or change your
paperless options at any time online at www.auto-owners.com.

**ADDITIONAL WAYS TO PAY YOUR BILL**

| Pay Online | Pay by Mail |
|---|---|
| www.auto-owners.com | AUTO-OWNERS INSURANCE |
| Pay My Bill | PO BOX 740312 |
| | CINCINNATI, OH 45274-0312 |
| Pay by Phone | |
| 1-800-288-8740 | |

RANDY GRANGER
BEVERLY GRANGER

Your agency's phone number is (417) 451-4420.

RE:  Policy 53-233-262-00          Billing Account 100061039

Thank you for selecting Auto-Owners Insurance Group to serve your insurance needs! Feel free to contact your
independent Auto-Owners agent with questions you may have.

Auto-Owners and its affiliate companies offer a full complement of policies, each of which has its own eligibility
requirements, coverages and rates. In addition, Auto-Owners also offers many billing options.  Please take this
opportunity to review your insurance needs with your Auto-Owners agent, and discuss which company, program, and
billing option may be most appropriate for you.

Auto-Owners Insurance Company was formed in 1916. Our A++ (Superior) rating by A.M. Best Company signifies that we
have the financial strength to provide the insurance protection you need. The Auto-Owners Insurance Group is comprised
of six property and casualty companies and a life insurance company.

***Serving Our Policyholders and Agents Since 1916***

59247 (2-19)

**Missouri**
# COMPANY ADDRESS

The following is the address and telephone number of our principal
place of business.

AUTO-OWNERS INSURANCE COMPANY
OWNERS INSURANCE COMPANY
6101 Anacapri Boulevard
P.O. Box 30660
Lansing, Michigan 48909-8160
Telephone:  517-323-1200

Please direct any questions you may have to the following branch
office that services Missouri.

AUTO-OWNERS INSURANCE COMPANY
OWNERS INSURANCE COMPANY
1600 East Point Drive
P.O. Box 6022
Columbia, Missouri 65205-6022
Telephone:  573-875-1290

# NOTICE OF PRIVACY PRACTICES

## What We Do To Protect Your Privacy

At Auto-Owners Insurance Group*, we value your business and we want to retain your trust.  In the course of providing products and services, we may obtain nonpublic personal information about you.  We assure you that such information is used only for the purpose of providing our products and services to you.

## Protecting Confidentiality

Our agents and Company associates may have access to nonpublic personal information only for the purpose of providing our products or services to you.  We maintain physical, electronic and procedural safeguards against unauthorized use of your nonpublic personal information.

## Information We Obtain

To assist in underwriting and servicing your policy, we may obtain nonpublic personal information about you.  For example, we routinely obtain information through applications, forms related to our products or services, from visiting www.auto-owners.com, and your transactions with us.  We may obtain such information from our affiliates, independent insurance agents, governmental agencies, third parties, or consumer reporting agencies.

The type of information that we collect depends on the product or service requested, but may include your name, address, contact information, social security number, credit history, claims history, information to properly investigate and resolve any claims, or billing information.  We may obtain your medical history with your permission.  The nature and extent of the information we obtain varies based on the nature of the products and services you receive.

## The Internet and Your Information

If you would like to learn about how we gather and protect your information over the Internet, please see our online privacy statement at www.auto-owners.com/privacy.

Generally, Auto-Owners may use cookies, analytics, and other technologies to help us provide users with better service and a more customized web experience.  Our business partners may use tracking services, analytics, and other technologies to monitor visits to www.auto-owners.com.  The website may use web beacons in addition to cookies.  You may choose to not accept cookies by changing the settings in your web browser.

Information obtained on our websites may include IP address, browser and platform types, domain names, access times, referral data, and your activity while using our site; who should use our web site; the security of information over the Internet; and links and co-branded sites.

## Limited Disclosure

Auto-Owners Insurance Group companies do not disclose any nonpublic personal information about their customers or former customers except as permitted by law.  We do not sell your personal information to anyone.  We do not offer an opportunity for you to prevent or "opt out of" information sharing since we only share personal information with others as allowed by law.

When sharing information with third parties to help us conduct our business, we require them to protect your personal information.  We do not permit them to use or share your personal information for any purpose other than the work they are doing on our behalf or as required by law.

Case 2:24-cv-05001-DJM   Document 15-2   Filed 01/24/24   Page 3 of 55

The types of information disclosed may include personal information we collect as necessary to service your policy or account, investigate and pay claims, comply with state and federal regulatory requests or demands, and process other transactions that you request.  Third parties that receive disclosures may include your independent agent, regulators, reinsurance companies, fraud prevention agencies, or insurance adjusters.

## How Long We Retain Your Information

We generally retain your information as long as reasonably necessary to provide you services or to comply with applicable law and in accordance with our document retention policy.  We may retain copies of information about you and any transactions or services you have used for a period of time that is consistent with applicable law, applicable statute of limitations or as we believe is reasonably necessary to comply with applicable law, regulation, legal process or governmental request, to detect or prevent fraud, to collect fees owed, to resolve disputes, to address problems with our services, to assist with investigations, to enforce other applicable agreements or policies or to take any other actions consistent with applicable law.

In some circumstances we may anonymize your personal information (so that it can no longer be associated with you) for research or statistical purposes, in which case we may use this information indefinitely without further notice to you.  This allows the specific information collected (name, email, address, phone number, etc.) to become anonymous, but allows Auto-Owners to keep the transaction or engagement data.

## Changes to the Privacy Policy

We will provide a notice of our privacy policy as required by law.  This policy may change from time to time, but you can always review our current policy by visiting our website at www.auto-owners.com/privacy or by contacting us.

## Contact Us

Auto-Owners Insurance Company
Phone: 844-359-4595 (toll free)
Email: privacyrequest@aoins.com

*Auto-Owners Insurance Group includes, Auto-Owners Insurance Company, Auto-Owners Life Insurance Company, Home-Owners Insurance Company, Owners Insurance Company, Property-Owners Insurance Company and Southern-Owners Insurance Company.



*Auto-Owners*

99984  (1-14)
Issued     02-18-2021
Policyholder since 2021

(MUTUAL) INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

**AUTOMOBILE POLICY DECLARATIONS**

| AGENCY | SELBY-GRANGER INSURANCE AGENCY | | |
|---|---|---|---|
| | 05-0036-00 | MKT TERR 033 | (417) 451-4420 |

Effective     02-17-2021

**POLICY NUMBER**          **53-233-262-00**

| INSURED | RANDY GRANGER |
|---|---|
| | BEVERLY GRANGER |

Company Use                    75-01-MO-2102

| ADDRESS | ▇▇▇▇▇▇▇▇▇▇▇ |
|---|---|
| | ▇▇▇▇▇▇▇▇▇ |

Company Bill

| POLICY TERM | |
|---|---|
| 12:01 a.m. | 12:01 a.m. |
| 02-17-2021 | to | 02-17-2022 |

| | **TERM** |
|---|---|
| TOTAL POLICY PREMIUM | **$2,037.66** |
| PAID IN FULL DISCOUNT | **-264.89** |
| TOTAL POLICY PREMIUM IF PAID IN FULL | **$1,772.77** |

**DESCRIPTION OF ITEM INSURED**                                         **TERRITORY**

| Accidental Death Benefit Endorsement | 038 |
|---|---|
| | Newton County, MO |

| COVERAGES | LIMITS | PREMIUM |
|---|---|---|
| Accidental Death Benefit | $30,000 per eligible person | Included |
| | **TOTAL** | Included |

160

| 1.  2011 FORD F150 | 038 |
|---|---|
| VIN: 1FTFW1ET3BFD29647 | Newton County, MO |

| COVERAGES | LIMITS | PREMIUM |
|---|---|---|
| Bodily Injury | $ 250,000 ea pers/$ 500,000 ea occ | $308.17 |
| Property Damage | $ 250,000 ea occ | 207.14 |
| Uninsured Motorist | $ 250,000 ea pers/$ 500,000 ea occ | 31.18 |
| Underinsured Motorist | $ 250,000 ea pers/$ 500,000 ea occ | 109.41 |
| Medical Payments | $  10,000 ea pers | 41.09 |
| | **TOTAL** | $696.99 |

Interested Parties:  None

Additional Forms For This Item:          99338  (08-14)          99339  (08-14)          99629  (08-18)

ITEM DETAILS:  Automobile driven for pleasure/commute 0-3 use by a 67 year old operator.
Cost Symbol:  25-HB-18-RB-66.
Household Composition Rating applies.
5% ABS Discount applies.
Multi-Car Discount applies.
35% Air Bag Discount applies.
Surcharge Rating Plan applies.
Garaging Address: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Rate Effective Date 05-09-2020

160

AUTO-OWNERS (MUTUAL) INS. CO.                                    Issued    02-18-2021

| AGENCY | SELBY-GRANGER INSURANCE AGENCY | Company | **POLICY NUMBER** | **53-233-262-00** |
|--------|--------------------------------|---------|-------------------|-------------------|
|        | 05-0036-00           MKT TERR 033 | Bill | Company Use | 75-01-MO-2102 |

| INSURED | RANDY GRANGER | | Term  02-17-2021  to  02-17-2022 |
|---------|---------------|---|---------------------------------|

| **DESCRIPTION OF ITEM INSURED** | **TERRITORY** |
|---------------------------------|---------------|

| 2.  2014 FORD FLEX LIMITED | 038 |
|----------------------------|-----|
| VIN: 2FMHK6D80EBD29721 | Newton County, MO |

| **COVERAGES** | **LIMITS** | **PREMIUM** |
|---------------|------------|-------------|
| Bodily Injury | $ 250,000 ea pers/$ 500,000 ea occ | $310.95 |
| Property Damage | $ 250,000 ea occ | 209.00 |
| Uninsured Motorist | $ 250,000 ea pers/$ 500,000 ea occ | 31.51 |
| Underinsured Motorist | $ 250,000 ea pers/$ 500,000 ea occ | 110.55 |
| Medical Payments | $ 10,000 ea pers | 53.84 |
| Comprehensive | Actual Cash Value - $  500 deductible | 217.67 |
| Collision | Actual Cash Value - $  500 deductible | 393.49 |
| Additional Expense | $ 30 per day/$  900 each occurrence | 13.66 |
| | **TOTAL** | $1,340.67 |

Interested Parties:  None

Additional Forms For This Item:      99338  (08-14)      99339  (08-14)      99629  (08-18)      79536  (07-94)      79537  (06-92)      79620  (03-99)
  89023  (07-06)      69323  (11-14)      89024  (07-06)      69434  (12-15)      69557  (11-18)

ITEM DETAILS:  Automobile driven for pleasure/commute 0-3 use by a 67 year old operator.
Cost Symbol:  35-CB-32-FB-64.
Household Composition Rating applies.
10% Anti-Theft Device Discount applies.
5% ABS Discount applies.
Multi-Car Discount applies.
35% Air Bag Discount applies.
Surcharge Rating Plan applies.
Garaging Address: 9284 E HIGHWAY 86, NEOSHO, MO 64850-7208
Rate Effective Date 05-09-2020

160

| | **TERM** |
|---|---|
| TOTAL POLICY PREMIUM | **$2,037.66** |
| PAID IN FULL DISCOUNT | **-264.89** |
| TOTAL POLICY PREMIUM IF PAID IN FULL | **$1,772.77** |

Forms That Apply To All Items:      69405  (01-16)      79001  (03-99)      69326  (11-14)      69716  (09-19)      79711  (01-13)      89432  (04-09)
  89449  (04-10)      59325  (12-19)      99633  (08-18)      99501  (08-18)      69270  (05-14)      89058  (04-07)      89177  (11-14)      69397  (09-15)
  89369  (06-11)

Policy Rate Code 0212
Surcharged because of at-fault accident(s) on:  10-03-2019.
Premium assumes no youthful operator(s).
Auto/Home Multi-policy discount.
Insurance Score: X842
Advance Quote Discount
Payment History Discount Applies.

---

**Rated Driver List**

Listed below are drivers currently rated on this policy

---

**GRANGER, RANDY   Age  67**

**GRANGER, BEVERLY   Age  67**

# Automobile Insurance Policy

*Auto-Owners (Mutual) Insurance Company*

## POLICY NON-ASSESSABLE

This policy is non-assessable.  Subject to the provisions of General Condition 2. CHANGES and any audit provisions of any coverage provided, the premium stated in the Declarations is the only premium you will be asked to pay.

## PARTICIPATING

You will be entitled to an equitable participation in Company funds in excess of the amount required to pay expenses and all the losses or claims or other policy obligations incurred, together with the reserve and surplus funds required or permitted by law.  A distribution will be made only in accordance with the decision of our Board of Directors acting under the insurance laws and under our charter.

## NOTICE OF MEMBERSHIP AND ANNUAL MEETING

Because we are a mutual company, this policy makes you a member of the Auto-Owners (Mutual) Insurance Company. You are entitled to vote, in person or by proxy, at all meetings.  Our annual policyholder's meetings are held at our home office at Lansing, Michigan on the second Monday in May in each year at 10:00 A.M.

In witness whereof, we, the Auto-Owners (Mutual) Insurance Company, have caused this policy to be issued and to be duly signed by our President and Secretary.

Secretary

President

79024 (7-12)

79001 (3-99)

This policy is a legal contract between you and us.  Your policy includes the Declarations, any listed forms and any form issued to endorse the policy.  The policy contains all agreements existing between you and us or any of our agents.

**READ YOUR POLICY CAREFULLY**.  This cover sheet provides only a brief outline of some of the important features of your policy.  The policy itself sets forth, in detail, the rights and obligations of both you and your insurance company.  **IT IS THEREFORE IMPORTANT THAT YOU READ YOUR POLICY**.

## A QUICK GUIDE TO YOUR POLICY

The DECLARATIONS contain:     YOUR NAME
                               POLICY TERM
                               YOUR AUTOMOBILE
                               COVERAGES
                               LIMITS OF LIABILITY
                               ENDORSEMENTS THAT APPLY

| YOU WILL FIND | ON PAGE |
|---|---|
| **INSURING AGREEMENT** | 1 |
| **SECTION I - DEFINITIONS** | 1 |
| **SECTION II - LIABILITY COVERAGE** | 2 |
|   1. COVERAGE | 2 |
|   2. EXCLUSIONS | 3 |
|   3. COVERAGE EXTENSIONS | 5 |
|   4. LIMIT OF LIABILITY | 5 |
|   5. FINANCIAL RESPONSIBILITY AND COMPULSORY INSURANCE LAWS | 6 |
|   6. OTHER INSURANCE | 6 |
| **SECTION III - DAMAGE TO YOUR AUTOMOBILE** | 6 |
|   1. COVERAGES | 6 |
|   2. EXCLUSIONS | 8 |
|   3. COVERAGE EXTENSIONS | 9 |
|   4. LIMIT OF LIABILITY | 10 |
| **SECTION IV - INDIVIDUAL NAMED INSURED** | 11 |
|   1. LIABILITY COVERAGE | 11 |
|   2. DAMAGE TO YOUR AUTOMOBILE | 11 |
| **SECTION V - WHAT YOU MUST DO AFTER AN ACCIDENT OR LOSS** | 11 |
|   1. NOTIFY US PROMPTLY | 11 |
|   2. ASSIST AND COOPERATE | 12 |
|   3. PRESERVE OUR RIGHT TO RECOVER PAYMENTS | 12 |
| **SECTION VI - GENERAL CONDITIONS** | 12 |
|   1. POLICY PERIOD AND TERRITORY | 12 |
|   2. CHANGES | 12 |
|   3. FRAUD | 13 |
|   4. LEGAL ACTION AGAINST US | 13 |
|   5. SEVERABILITY | 13 |
|   6. DUPLICATION OF COVERAGE | 13 |
|   7. ASSIGNMENT | 13 |

# INSURING AGREEMENT

The attached Declarations describe the **automobile(s) we** insure and the Coverages and Limits of Liability for which **you** have paid a premium. **We** agree to insure the described **automobile**(s) for those Coverages and Limits of Liability subject to the terms and conditions of this policy. In return **you** must pay the premium and comply with all the terms and conditions of this policy.

## SECTION I - DEFINITIONS

To understand this policy, **you** must understand the meaning of the following words. These words appear in **bold face type** whenever used in this policy and endorsements attached to this policy.

1. **Automobile** means a **private passenger automobile**, a truck, truck tractor, **trailer**, **farm implement** or other land motor vehicle.

2. **Bodily injury** means physical injury, sickness or disease sustained by a person including resulting death of that person.

3. **Equipment** means an apparatus or device permanently attached to or installed in **your automobile**. **Equipment** includes an apparatus or device specifically for use with **your automobile**.

4. **Farm implement** means motorized self-propelled farm machinery.

5. **Insured contract** means:

   **a.** a lease of premises;

   **b.** a sidetrack agreement;

   **c.** an easement or license agreement in connection with vehicle or pedestrian private railroad crossings at grade;

   **d.** any other easement agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   **e.** an indemnification of a municipality as required by ordinance, except in connection with work for a municipality; or

   **f.** that part of any other contract or agreement pertaining to **your** business under which **you** assume the tort liability of another to pay damages because of **bodily injury** or **property damage** to a third person or organization, if the contract or agreement is

made before the **bodily injury** or **property damage** occurs. Tort liability means liability that would be imposed by law in the absence of any contract or agreement.

An **insured contract** does not include that part of any contract or agreement:

   **a.** that pertains to the loan, lease or rental of an **automobile** to **you**; or

   **b.** that holds a person or organization engaged in the business of transporting property for hire harmless for **your** use of **your automobile** over a route or territory that person or organization is authorized to serve by public authority.

6. **Occurrence** means an accident that results in **bodily injury** or **property damage** and includes, as one **occurrence**, all continuous or repeated exposure to substantially the same generally harmful conditions.

7. **Private passenger automobile** means:

   **a.** a passenger or station wagon type **automobile** with four or more wheels;

   **b.** pickup or van type **automobile** with a gross weight of 15,000 pounds or less which is not used in the business of carrying passengers for hire; or

   **c.** a motorhome.

8. **Property damage** means damage to or destruction of tangible property including resulting loss of use of that property.

9. **Relative** means a person who resides with **you** and who is related to **you** by blood, marriage or

Case 3:24-cv-05001-DJH   Document 15-3   Filed 01/02/24   Page 10 of 55

adoption. **Relative** includes a ward or foster child who resides with **you**.

10. **Suit** means a civil court proceeding in which damages because of **bodily injury** or **property damage** to which this insurance applies are alleged.

11. **Trailer** means a vehicle which is designed to be connected to and towed by an **automobile**.

12. **You** or **your** means the first named **insured** shown in the Declarations and if an individual, **your** spouse who resides in the same household.

13. **Your automobile** means the **automobile** described in the Declarations.

14. **We**, **us** or **our** means the Company providing this insurance.

# SECTION II - LIABILITY COVERAGE

1. **COVERAGE**

   a. **Liability Coverage - Bodily Injury and Property Damage**

   **We** will pay damages for **bodily injury** and **property damage** for which **you** become legally responsible because of or arising out of the ownership, maintenance or use of **your automobile** (that is not a **trailer**) as an **automobile**. **We** will pay such damages:

   (1) on **your** behalf;

   (2) on behalf of any **relative** using **your automobile** (that is not a **trailer**);

   (3) on behalf of any person using **your automobile** (that is not a **trailer**) with **your** permission or that of a **relative**; and

   (4) on behalf of any person or organization legally responsible for the use of **your automobile** (that is not a **trailer**) when used by **you**, a **relative**, or with **your** permission or that of a **relative**.

   **We** will settle or defend, as **we** consider appropriate, any claim or **suit** for damages covered by this policy. **We** will do this at **our** expense, using attorneys of **our** choice. This agreement to settle or defend claims or **suits** ends when **we** have paid the limit of **our** liability.

   b. **Trailers**

   (1) The Liability Coverage provided by this

policy for **your automobile** (that is not a **trailer**) or provided for any other **automobile** (that is not a **trailer**) extends:

   (a) to any **trailer** connected to or accidentally disconnected from such **automobile**. This coverage includes the **trailer** owner.

   (b) to any non-motorized farm machine or farm wagon while connected to or accidentally disconnected from such **automobile**. This coverage includes the non-motorized farm machine or farm wagon owner. No coverage applies to the operation or to the loading or unloading of the non-motorized farm machine or the farm wagon.

   (2) The Liability Coverage provided by this policy for **your automobile** (that is not a **trailer**) also extends to any **trailer** not maintained or used for commercial purposes:

   (a) which is owned by **you**.

   (b) which is owned by a **relative** who also owns an **automobile** (that is not a **trailer**) scheduled in the Declarations.

   (c) which is owned by a **relative** who does not own an **automobile** other than the **trailer**.

   (d) which is not owned by an individual described in (a), (b) or (c) above while the trailer is in the care, custody, or

79001 (3-99)                                                                                          Page 2 of 13

control of such individual.

Coverage is extended only when such **trailer**:

**(a)** is not connected to an **automobile**. This coverage applies to only **your** liability or **your relative's** liability arising from the ownership or use of the **trailer**.

**(b)** is connected to an **automobile** (that is not a **trailer**) for which Liability Coverage is not provided by this policy. This coverage applies to only **your** liability or **your relative's** liability arising from use of the **trailer** by a person or organization other than **you** or **your relative**.  No coverage applies to the owner or operator of the **automobile** or to the owner of a **trailer** described in (d) above.

**c.  Other Automobiles Covered**

The Liability Coverage provided for **your automobile** also applies to certain other **automobiles**.  It applies:

**(1)** to an **automobile you** do not own which is temporarily used as a substitute for **your automobile**.  **Your automobile** must be out of use because of breakdown, repair, servicing, loss or destruction.  The owner of the substitute **automobile** is not covered.

**(2)** to an **automobile** of the same type which **you** acquire after the inception date of the current policy term if:

**(a)** it replaces **your automobile**.  **You** must report the replacement **automobile** to **us** no later than the expiration date of the policy term during which the **automobile** was acquired; or

**(b)** it is an additional **automobile** and **we** insure all **automobiles you** already own provided **you**:

**1)** report the additional **automobiles** to **us** within 30 days of delivery; and

**2)** pay any required additional premiums.

This extension does not apply if **you** have other liability insurance that applies to the **automobile you** acquire.

**2.  EXCLUSIONS**

Liability Coverage does not apply:

**a.** to any person for **bodily injury** or **property damage** arising out of or resulting from an intentional act of that person.

**b.** to any person operating or employed by an **automobile** garage, repair shop, sales agency, service station or public parking place.  This exclusion does not apply to:

**(1) you**;

**(2)** a **relative**; or

**(3)** any person associated with or employed by **you**;

while using **your automobile** in such business.

**c.** to any **automobile** while used as a public or livery conveyance.  This exclusion does not apply to car pooling on a share the expense basis.

**d.** to any **automobile** while:

**(1)** preparing for;

**(2)** practicing for; or

**(3)** participating in;

any prearranged racing, speed or demolition contest.

**e.** to any person or organization with respect to the loading or unloading of **your automobile**. **We** will cover **you** or **your** employee or a lessee or borrower of **your automobile** or that person's employee.

**f.** to any person or organization (or that person's or organization's agents, employees or contractors) subject to the security requirements of any motor carrier law or regulation because of transporting property for **you** or for others. This exclusion does not apply to **you**.

**g.** to liability which is assumed under any contract or agreement. This exclusion does not apply to such liability for damages that **you**:

   **(1)** assumed under a contract or agreement that is an **insured contract**;

   **(2)** would have in the absence of a contract or agreement; or

   **(3)** assumed in a **private passenger automobile** lease or rental agreement, provided **you** are an individual.

**h.** to any person or organization for damage to property that person or organization is transporting. This exclusion does not apply to liability **you** have assumed under a sidetrack agreement.

**i.** to any person or organization for damage to property or an **automobile** owned by, rented to or in the care, custody or control of that person or organization.

**j.** to any expenses that would be payable under any workers compensation law, unemployment compensation or disability benefits law or under any similar law.

**k.** to any person not employed by **you** for **bodily injury** to an employee who is injured on the job except:

   **(1)** **bodily injury** to a domestic employee when workers compensation benefits are not required or available; or

   **(2)** when such liability is assumed by **you** under an **insured contract**.

**l.** to **your** employee for claims brought against him or her by another of **your** employees injured on the job.

**m.** to any person or organization for **bodily injury** to:

   **(1)** an employee of that person or organization; or

   **(2)** a spouse, child, parent, brother or sister of the employee which results from the injury to the employee;

   when that injury arises out of and in the course of employment by that person or organization. This exclusion applies:

   **(1)** whether a claim is made against such person or organization as employer or otherwise; and

   **(2)** to any obligation to share damages with or repay another who must pay damages because of the injury.

   This exclusion does not apply to liability **you** have assumed under an **insured contract**.

**n.** to **bodily injury** or **property damage** for which insurance is available under any nuclear energy liability policy. This exclusion applies even if the nuclear energy liability policy limits of liability are exhausted.

**o.** to **bodily injury** or **property damage** for which financial responsibility or liability insurance is required to be maintained under the Atomic Energy Act of 1954, as amended, or for which governmental indemnity is available.

**p.** to liability for **bodily injury** or **property damage** caused by war, whether declared or not declared, insurrection or any of their consequences whether or not assumed under a contract or agreement.

**3. COVERAGE EXTENSIONS**

Case 3:24-cv-05001-DJAM Document 15-3 Filed 01/02/24 Page 13 of 55

In addition to **our** limit of liability, **we** will also pay:

**a.** premiums on appeal bonds in any **suit we** defend. **We** will not apply for or furnish such bonds.

**b.** premiums on bonds to release attachments, but only for bond amounts that do not exceed the applicable limit of liability. **We** will not apply for or furnish such bonds.

**c.** premiums on bail bonds required because of an accident or related traffic law violation, involving **your automobile** during the policy period. **We** will not apply for or furnish such bonds. **Our** maximum payment is $250 per **occurrence**.

**d.** interest on damages owed by **you** because of a judgment in a **suit we** defend and accruing:

  **(1)** after the judgment, and until **we** pay, offer or deposit in court, the amount for which **we** are liable under this policy; or

  **(2)** before the judgment, where owed by law, but only on that part of the judgment **we** pay.

**e.** expenses **you**, a **relative** or a person using **your automobile** with **your** permission, incur for first aid to others at the time of an **occurrence** covered by this policy.

**f.** all costs charged against **you** in a **suit we** defend and all reasonable expenses incurred at **our** request including actual loss of earnings up to $100 per day.

## 4. LIMIT OF LIABILITY

**We** will pay damages for **bodily injury** or **property damage** up to the limit of liability stated in the Declarations for this coverage. Such damages shall be paid as follows:

**a.** For **bodily injury**:

  **(1)** The limit stated for "each person" is the amount of coverage and the most **we** will

pay for all damages because of or arising out of **bodily injury** to one person in any one **occurrence**.

  **(2)** The limit stated for "each occurrence" is the total amount of coverage and the most **we** will pay, subject to a.(1) above, for all damages because of or arising out of **bodily injury** to two or more persons in any one **occurrence**.

**b.** For **property damage**, the limit stated is the amount of coverage and most **we** will pay for all **property damage** in any one **occurrence**.

**c.** The limit of liability applicable to a **trailer**, non-motorized farm machine or farm wagon which is connected to an **automobile** covered by this policy shall be the limit of liability applicable to such **automobile**. The **automobile** and connected **trailer**, non-motorized farm machine or farm wagon are considered one **automobile** and do not increase the limit of liability.

**d.** The limit of liability applicable to a **trailer** covered by this policy:

  **(1)** which is not connected to an **automobile**; or

  **(2)** which is connected to an **automobile** not covered by this policy;

shall be the limit of liability applicable to **your automobile**. If this policy covers more than one of **your automobiles**, the highest limit of liability applicable to any one such **automobile** shall apply.

**e.** The limit of liability for this coverage may not be added to the limits for the same or similar coverage applying to other **automobiles insured** by this policy to determine the amount of coverage available for any one **occurrence** regardless of the number of:

  **(1)** **automobiles** shown in the Declarations;

  **(2)** premiums charged in the Declarations or premiums paid;

**(3)** claims presented or **suits** brought;

**(4)** persons injured; or

**(5)** **automobiles** involved in the **occurrence**.

## 5. FINANCIAL RESPONSIBILITY AND COMPULSORY INSURANCE LAWS

While **your automobile** is subject to laws of another state or Canada, **we** will:

**a.** increase the Limit of Liability for Liability Coverage to comply with the minimum requirements of a financial responsibility or compulsory insurance law of the jurisdiction where **your automobile** is being operated; and

**b.** afford the minimum amounts for the types of mandatory coverages required by the jurisdiction where **your automobile** is being operated.

This provision does not apply to any limits required by any law governing motor carriers of property or passengers.

**We** will not duplicate payments available under this or any other insurance for the same elements of loss.

## 6. OTHER INSURANCE

Except as stated below, the Liability Coverage provided by this policy for **your automobile** shall be primary and with regard to any other **automobile** to which it applies, coverage shall be excess of any other applicable **automobile** liability insurance.

**a.** When this insurance is primary and there is other **automobile** liability insurance which is stated to be applicable on an excess or contingent basis, **our** liability shall not be reduced by the existence of such insurance.

**b.** When both this insurance and other insurance apply on the same basis, whether primary, excess or contingent, **we** shall be liable for only **our** share. **Our** share shall be the ratio of the amount of this insurance to the total amount of all collectible **automobile** liability insurance.

**c.** Subject to a. and b. above, this coverage shall be primary when any **trailer** is connected to **your automobile** (that is not a **trailer**).

**d.** Subject to b. above, this coverage shall be excess when any **trailer** is connected to an **automobile** (that is not a **trailer**), except **your automobile** (that is not a **trailer**).

# SECTION III - DAMAGE TO YOUR AUTOMOBILE

## 1. COVERAGES

**a. Fire Coverage**

**We** will pay for loss of or damage to **your automobile** and its equipment caused by:

**(1)** fire or lightning.

**(2)** smoke or smudge because of a sudden, unusual or faulty operation of any fixed heating equipment where **your automobile** is stored.

**(3)** windstorm, hail, earthquake, explosion, external discharge or leakage of water.

**We** cover damage resulting from the stranding, sinking, burning, collision or derailment of any equipment being used to transport **your automobile** on land or water. **We** will also pay for general average and salvage charges for which **you** may be legally responsible.

**b. Theft Coverage**

**We** will pay for loss of or damage to **your automobile** and its **equipment** caused by theft, larceny, robbery or pilferage. **We** cover **your** loss when **you** are tricked into giving **your automobile** to another person.

## c. Comprehensive Coverage

**We** will pay for loss of or damage to **your auto-mobile** and its **equipment** from any cause except upset or collision with another object or with a vehicle to which it is attached.

**We** will also pay for:

**(1)** glass breakage from any cause including upset or collision;

**(2)** damage caused by missiles or falling objects; and

**(3)** damage caused by collision with an animal or bird.

When a deductible is indicated in the Declarations for this coverage, **we** will reduce **our** payment by that amount.

## d. Collision Coverage

**We** will pay for loss or damage to **your auto-mobile** and its **equipment** caused by accidental collision with another object or by accidental upset.

When a deductible is indicated in the Declarations for this coverage, **we** will reduce **our** payment by that amount.  If **your automobile** is a **private passenger automobile**, the deductible does not always apply.  The deductible shall not apply:

**(1)** in a collision with another **automobile**:

    **(a)** **we** insure and which **you** do not own, rent or have in **your** care, custody or control; or

    **(b)** whose owner or operator has been identified; and

        **1)** is legally responsible for the entire amount of the damage; and

        **2)** is covered by a **property damage** liability policy or bond;

but only if the damage exceeds the deductible amount.

**(2)** to **your** legally parked **private passenger automobile** in the event it is accidentally struck by another of **your private passenger automobiles**, provided Collision Coverage applies to both such **automobiles**.

## e. Road Trouble Service

**We** will reimburse **you** up to the amount stated in the Declarations for this coverage in any one emergency:

**(1)** for towing **your automobile** to the nearest available garage; and

**(2)** for the cost of labor performed on **your automobile** at the place of the emergency.

## f. Other Automobiles Covered

The Damage To Your Automobile Coverages provided for **your automobile** also apply to certain other **automobiles**.  They apply:

**(1)** to an **automobile you** do not own which is temporarily used as a substitute for **your automobile**.  **Your automobile** must be out of use because of breakdown, repair, servicing, loss or destruction.

**(2)** to an **automobile** of the same type which **you** acquire after the inception date of the current policy term subject to the following:

    **(a)** If the **automobile** replaces **your automobile**, **we** will apply only those coverages that apply to the **automobile** being replaced.  **You** must report the replacement **automobile** to **us** no later than the expiration date of the policy term during which the **automobile** was acquired.

    **(b)** If the **automobile** is an additional **automobile** and **we** insure all **automobiles you** already own, **we** will apply only those coverages which are common to all of **your automobiles we** insure

provided **you**:

**1)** report the additional **automobile** to **us** within 30 days after **you** take possession; and

**2)** pay any required additional premiums.

**You** may, at any time during the first 30 days after **you** take possession of the **automobile**, purchase the broadest coverages applicable to any one **automobile** scheduled in the Declarations.

These extensions do not apply when there is other insurance covering **your** interest or the interest of the owner.  However, paragraph f.(1) above applies if **you** are legally liable.

**2.  EXCLUSIONS**

Fire, Theft, Comprehensive and Collision Coverages do not apply to:

**a.** loss of or damage to **your automobile** because of confiscation or destruction by any civil or governmental authorities because of illegal activities engaged in by:

**(1)** **you**; or

**(2)** a **relative**.

This exclusion does not apply to a loss payee's interest in **your automobile**.

**b.** loss of or damage to **your automobile** because of or arising out of **your** intentional act or an intentional act committed at **your** direction or with **your** knowledge.  This exclusion does not apply to a loss payee's interest in **your automobile**.

**c.** conversion, embezzlement or secretion by any person lawfully having **your automobile** under a sale, lease or similar agreement.

**d.** any **automobile** while:

**(1)** preparing for;

**(2)** practicing for; or

**(3)** participating in;

any prearranged racing, speed or demolition contest.

**e.** loss of use, except as provided in Coverage Extensions.

**f.** wear and tear, freezing, mechanical or electrical breakdown, other than burning of wiring, unless this damage follows and results from other loss or damage covered by this policy.

**g.** tires, unless the loss or damage is caused by:

**(1)** fire;

**(2)** theft; or

**(3)** malicious mischief; or

is part of other damage covered by this policy.

**h.** a stereo tape or disc player:

**(1)** that is not attached to **your automobile**; and

**(2)** is not receiving its power from **your automobile**'s electrical system.

**i.** stereo tapes, cassettes, discs or cartridges or related items.

**j.** any caddy, case or container designed for storing or carrying stereo tapes, cassettes, discs or cartridges.

**k.** unless described in the Declarations and a premium charged:

**(1)** a camper body; or

**(2)** a pickup cover with built-in cooking and sleeping equipment.

**l.** A citizens-band radio, mobile or cellular tele-phone, television or other similar device for sending or receiving communications, including related items.  However, these devices are cov-ered if:

    **(1)** standard or optional **equipment** from the manufacturer of **your automobile** for that make, model and model year;

    **(2)** permanently installed in the dash or con-sole opening designed for such **equip-ment**; or

    **(3)** described in the Declarations and a pre-mium charged.

**m.** a radio, stereo, stereo tape deck, compact disc player or other similar device designed for the reproduction of sound, including related items. However these devices are covered if:

    **(1)** standard or optional **equipment** for the manufacturer of **your automobile** for that make, model and model year; or

    **(2)** permanently installed in **your automobile**.

    **Our** liability under m.(2) above shall not ex-ceed $1000 unless a greater amount is shown in the Declarations and a premium charged.

**n.** Any device designed or used to detect or locate radar or any other speed measuring or calcu-lating apparatus.

**o.** radioactive contamination.

**p.** loss caused by:

    **(1)** declared or undeclared war or insurrection; or

    **(2)** explosion of a nuclear weapon or its con-sequences.

**3.  COVERAGE EXTENSIONS**

    **a.  Trailers**

The Damage To Your Automobile Coverages provided to **your automobile** extend to certain **trailers you** do not own.  The **trailer** must:

    **(1)** be designed for use with a **private passenger automobile**;

    **(2)** used with **your private passenger automobile**; and

    **(3)** be other than a **trailer** of the home, office, store, display, or passenger type.

**Our** limit of liability for all loss and damage under this coverage extension is $500 in any one **occurrence**.

    **b.  Loss Of Use By Theft**

Under Theft Coverage or Comprehensive Coverage, **we** will reimburse **you** for transportation expenses if **your private passenger automobile** is stolen.  **We** will pay up to $20 per day but not more than $600 in one **occurrence**.  **We** will pay such expenses incurred beginning 48 hours after **you** report the theft to **us** and to the police and ending when **your automobile** is returned to use or **we** pay for its loss.

    **c.  Transportation Cost**

Under the coverages for Damage To Your Auto-mobile **we** will reimburse **you** for expenses **you** incur for transportation from where **your auto-mobile** was disabled to **your** home or intended destination.  The maximum payment is $25 for each **occurrence**.

    **d.  Personal Property**

If **your automobile** is a **private passenger automobile**, **we** will extend the Comprehensive Coverage and the Collision Coverage that apply to **your automobile** to loss of or damage to per-sonal property contained in or on **your automo-bile**.  This coverage extension is subject to the following:

    **(1)** The personal property must be owned by **you**, a **relative**, or **your** employee.

**(2)** Comprehensive Coverage is extended only for loss or damage because of:

    **(a)** fire;
    **(b)** lightning;
    **(c)** theft or attempted theft.

Unless the entire **automobile** is stolen, there must be visible signs of someone breaking into the **automobile** for (2)(c) above to apply.

**(3)** This coverage extension does not apply to:

    **(a)** stereo tapes, cassettes, discs or cartridges or related items.

    **(b)** a citizens-band radio, mobile or cellular telephone, television or other similar device for sending or receiving communications, including related items.

    **(c)** a radio, stereo, stereo tape deck, compact disc player or other similar device designed for the reproduction of sound, including related items.

    **(d)** property used in a business, trade or profession.

    **(e)** money or jewelry.

    **(f)** any device designed or used to detect or locate radar or any other speed measuring or calculating apparatus.

    **(g)** property specifically **insured**.

**(4)** **Our** limit of liability for all loss or damage under this coverage extension is $200 in any one **occurrence**.

**4. LIMIT OF LIABILITY**

**a.** **We** will pay no more than the lowest of the following:

    **(1)** the actual cash value of stolen or damaged property;
    **(2)** the necessary cost, at local prices, to repair or replace the property or damaged parts with material of similar kind and quality; or
    **(3)** the Limit of Liability stated in the Declarations.

**b.** **We** will, at **our** option, replace **your automobile** with a new one of equal value or pay **you your** original purchase price if:

    **(1)** **your automobile** is a **private passenger automobile**;
    **(2)** **you** purchased it new;
    **(3)** **we** determine the loss or damage can not be repaired; and
    **(4)** the loss or damage occurs within 90 days of the purchase date.

**c.** **Your automobile** may have been altered, remodeled, converted or modified so that its value is substantially increased over that of a standard **automobile** of the same make and model. In that case, **we** will pay only a proportional share of any loss or damage. **We** will pay the proportion that the value of a standard **automobile** bears to the value of **your automobile**. This applies only when alteration, remodeling, conversion or modification affects the amount of the loss. It does not apply when an additional premium is charged based on the increased value.

**d.** If a loss can be paid under either Comprehensive or Collision Coverage, payment will be made under the coverage that pays **you** the most.

Case 2:24-cv-05000-DJH   Document 15-3   Filed 10/24/24   Page 19 of 55

# SECTION IV - INDIVIDUAL NAMED INSURED

If the first named **insured** in the Declarations is an individual and the **automobile** described in the Declarations is a **private passenger automobile** the following extensions of coverage apply.

**1. LIABILITY COVERAGE - BODILY INJURY AND PROPERTY DAMAGE**

**a.** The Liability Coverage provided for **your automobile** (that is not a **trailer**) also applies to an **automobile** (that is not a **trailer**) not:

    **(1)** owned by or furnished or available for regular use to **you** or anyone living with **you**.  However, **we** will cover **your** liability for **your** use of an **automobile** (that is not a **trailer**) owned by or furnished for the regular use of a **relative**.

    **(2)** used in an **automobile** garage repair shop, sales agency, service station or public parking business **you** own or operate.

**b.** **We** extend this coverage only:

    **(1)** to **you**;
    **(2)** to **relatives** who do not own an **automobile** (that is not a **trailer**); and
    **(3)** to anyone legally responsible for the use of the **automobile** (that is not a **trailer**) by the persons in (1) and (2) above.

**c.** **We** do not cover:

    **(1)** the owner of the **automobile** (that is not a **trailer**).
    **(2)** an **automobile** used in **your** business or occupation or that of a **relative**, unless it is:
        **(a)** a **private passenger automobile**; and

        **(b)** used by **you**, such **relative** or the chauffeur or household employee of either.
    **(3)** **you** or a **relative** using an **automobile** (that is not a **trailer**) without a reasonable belief of permission to do so.

**2. DAMAGE TO YOUR AUTOMOBILE**

**a.** The Damage to Your Automobile Coverages provided for **your automobile** also apply to an **automobile** not:

    **(1)** owned by or furnished or available for regular use to **you** or anyone living with **you**.
    **(2)** used in an **automobile** garage, repair shop, sales agency, service station or public parking business **you** own or operate.

**b.** **We** extend this coverage only:

    **(1)** to **you**; and
    **(2)** to **relatives** who do not own an **automobile**.

**c.** **We** do not cover an **automobile** used in **your** business or occupation or that of a **relative** unless it is:

    **(1)** a **private passenger automobile**; and
    **(2)** used by **you**, such **relative**, or the chauffeur or household employee of either.

**d.** These extensions do not apply when there is other insurance covering **your** interest or the interest of the owner.  However, they do apply if **you** are legally liable.

# SECTION V - WHAT YOU MUST DO AFTER AN ACCIDENT OR LOSS

**1. NOTIFY US PROMPTLY**

**a.** **You** and any person seeking coverage under this policy must notify **us** promptly as to how, when and where the accident happened.  **We**

must have the names and addresses of any injured person and of any witnesses. Notice and documentation of loss must be given if **we** require it. Any loss or damage caused by theft, larceny, robbery, pilferage or trickery must be promptly reported to the police.

**b.** If claim is made or **suit** is brought against **you** or any person entitled to coverage, **we** must be advised promptly. All papers in connection with claims or **suits** must be sent to **us** without delay.

**c.** Under Uninsured Motorist Coverage and/or Underinsured Motorist Coverage, any person making claim must:

  **(1)** give **us** written notice and documentation of loss;

  **(2)** submit to examinations by physicians **we** select as often as **we** require; and

  **(3)** authorize **us** to obtain medical reports and other pertinent records.

**We** must be given copies of the legal papers if **suit** is brought against any person believed to be legally responsible.

**2. ASSIST AND COOPERATE**

**a.** **You** and any person seeking coverage under this policy must cooperate with **us** in the investigation, settlement or defense of any claim or **suit**. This includes submitting to a statement under oath and giving **us** access to any documents which **we** request.

**b.** When a claim is made for damage to **your automobile**, **you** must let **us** examine the vehicle before repairs are made or evidence of loss removed.

**c.** Following damage to **your automobile**, every reasonable effort must be made to protect the vehicle against further loss. **We** will pay the reasonable expenses incurred to do this.

**3. PRESERVE OUR RIGHT TO RECOVER PAYMENTS**

**a.** If **we** make a payment under this policy and the person to or for whom payment is made has a right to recover damages from another, **we** will be entitled to that right. That person shall do everything necessary to transfer that right to **us** and shall do nothing to prejudice it.

**b.** The person to or for whom payment is made under Uninsured Motorist Coverage and/or Underinsured Motorist Coverage must hold in trust for **us** his rights of recovery against any legally liable person. He must do all that is proper to secure such rights and must do nothing to prejudice them. He must take any required action in his name to recover damages and reimburse **us** out of any proceeds to the extent of **our** payment.

# SECTION VI - GENERAL CONDITIONS

**1. POLICY PERIOD AND TERRITORY**

This policy applies only to accidents and losses which happen during the policy period as shown in the Declarations. They must take place within the United States of America, its territories or possessions, Canada or Mexico or between their ports.

**2. CHANGES**

**a.** This policy contains all the agreements between **you** and **us** or any of **our** agents

relating to this insurance. The terms of this policy may not be changed except by written endorsement issued by **us**.

**b.** **We** may adjust **your** premium during the policy term because of changes in the factors that were used to determine such premium. These factors include but are not limited to:

  **(1)** the principal place of garaging **your automobile**;

  **(2)** coverages, limits of liability and deductibles;

**(3)** the type, make and model of **your auto-mobile** and its use;

**(4)** the operators of **your automobile**.

Premium adjustments will be made at the time of such changes or when **we** become aware of the changes, if later. **We** will use the governing rules and rates in effect on the inception date of the policy term.

## 3. FRAUD

**We** will not cover any person seeking coverage under this policy who has made fraudulent statements or engaged in fraudulent conduct with respect to procurement of this policy or to any **occurrence** for which coverage is sought.

## 4. LEGAL ACTION AGAINST US

**a.** No legal action may be brought against **us** until there has been full compliance with all the terms of this policy. Further, under the Liability Coverage no legal action may be brought until **we** agree a person entitled to coverage has an obligation to pay or until the amount of that obligation has been determined by judgement after trial. No one has any right under this policy to bring **us** into any action to determine the liability of any person **we** have agreed to protect.

**b.** Bankruptcy or insolvency of any person **we** have agreed to protect will not relieve **us** of any obligation under the terms of this policy.

## 5. SEVERABILITY

Except as to **our** limit of liability, the coverage provided by this policy applies separately to each

person against whom claim is made or **suit** is brought.

## 6. DUPLICATION OF COVERAGE

**a.** If this policy and any other policy or form of coverage provided by **us** or a company affiliated with **us**, provide coverage for the same loss or damage, **our** maximum limit of liability under all the policies or forms of coverage shall not exceed the highest limit of liability under any single policy or form of coverage applicable to the loss or damage.

**b.** This condition does not apply to any policy or form of coverage issued by **us** or a company affiliated with **us** to specifically provide excess insurance over this policy.

## 7. ASSIGNMENT

No interest in this policy may be assigned without **our** written consent. But, if **you** should die within the policy term, the policy will cover as though named in the Declarations:

**a.** **your** spouse, if **you** are an individual;

**b.** **your** legal representative but only with respect to his legal responsibility for the maintenance or use of **your automobile**; and

**c.** any person having proper temporary custody of **your automobile** until a legal representative is appointed;

provided **we** are given written notice of **your** death within 60 days. This requirement does not apply with regard to **your** spouse.

Case 3:24-cv-05004-DJA   Document 15-3   Filed 01/24/24   Page 22 of 55

**Missouri**
# SECTION III - DAMAGE TO YOUR AUTOMOBILE AMENDATORY ENDORSEMENT
**Automobile Policy**

It is agreed:

1. Under **SECTION III - DAMAGE TO YOUR AUTO-MOBILE, 1. COVERAGES a., b., c.** and **d.** are deleted and replaced by the following:
   1. **COVERAGES**
      a. **Fire Coverage**
         **We** will pay for direct physical damage to **your automobile** and its **equipment** caused by:
         (1) fire or lightning.
         (2) smoke or smudge because of a sudden, unusual or faulty operation of any fixed heating equipment where **your auto-mobile** is stored.
         (3) windstorm, hail, earthquake, explosion, external discharge or leakage of water. **We** cover damage resulting from the stranding, sinking, burning, collision or derailment of any equipment being used to transport **your automobile** on land or water. **We** will also pay for general average and salvage charges for which **you** may be legally responsible.
      b. **Theft Coverage**
         **We** will pay for direct physical loss of or direct physical damage to **your automobile** and its **equipment** caused by theft, larceny, robbery or pilferage. **We** cover **your** loss when **you** are tricked into giving **your auto-mobile** to another person.
      c. **Comprehensive Coverage**
         **We** will pay for direct physical loss of or direct physical damage to **your automobile** and its **equipment** from any cause except upset or collision with another object or with a vehicle to which it is attached. **We** will also pay for:
         (1) glass breakage from any cause including upset or collision;
         (2) damage caused by missiles or falling objects; and
         (3) damage caused by collision with an animal or bird.

When a deductible is indicated in the Declarations for this coverage, **we** will reduce **our** payment by that amount.

   d. **Collision Coverage**
      **We** will pay for direct physical damage to **your automobile** and its **equipment** caused by accidental collision with another object or by accidental upset.
      When a deductible is indicated in the Declarations for this coverage, **we** will reduce **our** payment by that amount. If **your automobile** is a **private passenger automobile**, the deductible does not always apply. The deductible shall not apply:
      (1) in a collision with another **automobile**:
         (a) **we** insure and which **you** do not own, rent or have in **your** care, custody or control; or
         (b) whose owner or operator has been identified; and
            1) is legally responsible for the entire amount of the damage; and
            2) is covered by a **property damage** liability policy or bond;
            but only if the damage exceeds the deductible amount.
      (2) to **your** legally parked **private passenger automobile** in the event it is accidentally struck by another of **your private passenger automobiles**, provided Collision Coverage applies to both such **automobiles**.

2. **SECTION III - DAMAGE TO YOUR AUTOMOBILE, 2. EXCLUSIONS,** is amended as follows:
   a. the following exclusion is added:
      any real or perceived reduction in market value of **your automobile** after it has been repaired as compared to the real or perceived market value of **your automobile** prior to such loss or damage.
   b. exclusions **a.** and **b.** are deleted and replaced with the following:

Case 23-24-05050-DJAM Document 15-2 Filed 01/24/24 Page 23 of 55

**a.** loss of or damage to **your automobile** because of confiscation or destruction by any civil or governmental authorities because of illegal activities engaged in by:
   **(1) you;** or
   **(2)** a **relative**.

**b.** loss of or damage to **your automobile** because of or arising out of **your** intentional act or an intentional act committed at **your** direction or with **your** knowledge.  This exclusion does not apply to an innocent insured who did not cooperate in or contribute to the creation of the loss if:

**(1)** the loss arose out of domestic violence; and

**(2)** the innocent insured files a police report and completes a sworn affidavit for the insurer that indicates both the cause of the loss and a pledge to cooperate in any criminal prosecution of the person committing the act causing the loss.

Payment to this innocent insured may be limited to the innocent insured's ownership interest in the property as reduced by any payments to a mortgagor or other secured interest.

All other policy terms and conditions apply.

69323 (11-14)

**Missouri**
# AMENDATORY ENDORSEMENT
### Automobile Policy

It is agreed:

1. **SECTION II - LIABILITY COVERAGE** is amended as follows:
   a. **2. EXCLUSIONS** is amended as follows:
   (1) Exclusion **i.** is deleted and replaced by the following:
      **i.** to any person or organization for damages to property or an **automobile** rented to or in the care, custody or control of that person or organization. This exclusion does not apply to **property damage** to an **automobile** loaned to **you**, with or without consideration, by a person, firm or corporation engaged in the business of selling, repairing or servicing **automobiles** if:
      (1) the loaned **automobile** is temporarily being used as a substitute for **your automobile** which is out of use because of breakdown, repair or servicing; or
      (2) the loaned **automobile** is for demonstration purposes.
   (2) The following exclusion is added:
      Liability Coverage does not apply to any person or organization for damage to property or an **automobile** owned by that person or organization.
   b. **3. COVERAGE EXTENSIONS** is amended as follows:
   Paragraph **d. (2)** is deleted and replaced by the following:
      (2) before the judgment, if a claimant has made a request for claim payment or an offer of settlement of a claim, to the insured or his or her representative and the amount of the judgment or order exceeds the request for payment or offer of settlement, prejudgment interest shall be calculated at a per annum interest rate equal to the intended Federal Funds Rate, as established by the Federal Reserve Board, plus three percent:
      (a) beginning 90 days from the date of claimant's request for payment of claim or offer of claim settlement; or
      (b) beginning with the date the demand or offer was rejected by **us**

whichever is earlier. The request or offer shall be made in writing and sent by certified mail.

   c. **6. OTHER INSURANCE** is amended by adding the following provision:
      The coverage extended to **automobiles you** do not own shall be primary for **property damage** to an **automobile** loaned to **you**, with or without consideration, by a person, firm or corporation engaged in the business of selling, repairing or servicing **automobiles** if:
      (1) the loaned **automobile** is temporarily being used as a substitute for **your automobile** which is out of use because of breakdown, repair or servicing; or
      (2) the loaned **automobile** (that is not a **trailer**) is for demonstration purposes.

2. **SECTION III - DAMAGE TO YOUR AUTOMOBILE** is amended as follows:
   a. Under **2. EXCLUSIONS**, the following exclusion is added:
      **We** do not cover loss of or damage to an **automobile** loaned to **you**, with or without consideration, by a person, firm or organization in the business of selling, repairing or servicing **automobiles** if:
      (1) the loaned **automobile** is temporarily being used as a substitute for **your automobile** which is out of use because of breakdown, repair or servicing; or
      (2) the loaned **automobile** is for demonstration purposes.
   b. Under **2. EXCLUSIONS**, **b.** is deleted and replaced with the following:
      **b.** loss of or damage to **your automobile** because of or arising out of **your** intentional act or an intentional act committed at **your** direction or with **your** knowledge. This exclusion will not apply to an innocent insured, victim of domestic violence, who did not cooperate in or contribute to the creation of the loss if such innocent insured:
      (1) files a police report; and
      (2) completes a sworn affidavit for **us** that indicates both the cause of loss and a

pledge to cooperate in any criminal prosecution of the person that committed the act that caused the loss. Payment to the innocent insured may be limited to such innocent insured's interest in **your automobile** and may be reduced by any payments **we** make to any loss payee or other secured interest. However, **we** shall not be required to make any subsequent payment to any other insured for the part of any loss for which the innocent insured has received payment.

3.  Under **SECTION VI - GENERAL CONDITIONS, 3. FRAUD** is deleted and replaced with the following:
    **3.  FRAUD**
    **We** will not cover any person seeking coverage under this policy who has made fraudulent statements or engaged in fraudulent conduct with respect to procurement of this policy or to any **occurrence** for which coverage is sought. This condition does not apply to **our** liability with respect to this insurance which shall become absolute whenever injury or damage covered by this **automobile** policy occurs; this policy may not be canceled or annulled as to such liability by any agreement between **us** and the insured after the **occurrence** of the injury or damage; no statement made by the insured or on his or her behalf and no violation of this policy shall defeat or void the policy.

4.  The following is added:
    Missouri Property and Casualty Insurance Guaranty Association Coverage Limitations
    a.  Subject to the provisions of the Missouri Property and Casualty Insurance Guaranty Association Act (to be referred to as the Act), if **we** are a member of the Missouri Property and Casualty Insurance Guaranty Association (to be referred to as the Association), the Association will pay claims covered under the Act if **we** become insolvent.
    b.  The Act contains various exclusions, conditions and limitations that govern a claimant's eligibility to collect payment from the Association and affect the amount of any payment. The following limitations apply subject to all other provisions of the Act.
        (1) Claims covered by the Association do not include a claim by or against an insured of an insolvent insurer, if the insured has a net worth of more than $25 million on the later of the end of the insured's most recent fiscal year or the December thirty-first of the year next preceding the date the insurer becomes insolvent; provided that an insured's net worth on such date shall be deemed to include the aggregate net worth of the insured and all of its affiliates as calculated on a consolidated basis.
        (2) Payments made by the Association for covered claims will include only that amount of each claim which is less than $300,000. However, the Association will not:
            (a) Pay an amount in excess of the applicable Limit of Insurance of the policy from which a claim arises; or
            (b) Return to an insured any unearned premium in excess of $25,000.
        These limitations have no effect in the coverage **we** will provide under this policy.

All other policy terms and conditions apply.

MISSOURI
# POLICY CANCELLATION AND NONRENEWAL
### Automobile Policy

It is agreed:

The following conditions apply in addition to those contained in **SECTION VI - GENERAL CONDITIONS** of this policy.

1. **CANCELLATION**
   a. **You** may cancel this policy by returning it to **us** or by giving **us** written notice of the future date at which **you** wish the cancellation to take effect.
   b. If **you** are:
      (1) an individual; or
      (2) a partnership; and
      this policy insures only four or less **private passenger automobiles**:
      (1) **we** may cancel this policy by mailing or delivering written notice stating the reason for cancellation to **you** at **your** last address known to **us**. This notice shall be mailed or delivered:
         (a) at least 10 days prior to the effective date when this policy has been in effect 60 days or less.
         (b) at least 10 days prior to the effective date when this policy has been in effect more than 60 days or is a renewal and the reason for cancellation is for nonpayment of premium.
         (c) at least 30 days prior to the effective date when this policy has been in effect more than 60 days or is a renewal and the reason for cancellation is other than nonpayment of premium.
      (2) when this policy has been in effect more than 60 days, **we** may cancel this policy only for one or more of the following reasons:
         (a) nonpayment of premium; or
         (b) the driver's license of the named insured has been under suspension or revocation at any time during the policy period.

         In the event more than one person is named as insured and only one of the persons named has his or her driver's license suspended or revoked, **we**:
         1) may not cancel the policy; but

      2) **we** may issue an exclusion providing, by name, that coverage will not be provided under the terms of this policy while the person is operating the insured automobile during any period his or her license is suspended or revoked.
   c. If **you** are not subject to **1. b.** above, **we** may cancel this policy by mailing or delivering written notice stating the reason for cancellation to **you** at **your** last address known to **us**. This notice shall be mailed or delivered:
      (1) at least 10 days prior to the effective date when cancellation is for nonpayment of premium; or
      (2) at least 30 days prior to the effective date when cancellation is based on one or more of the following reasons:
         (a) fraud or material misrepresentation affecting the policy or in the presentation of a claim thereunder or a violation of any of the terms or conditions of this policy;
         (b) changes in conditions after the effective date of this policy which have materially increased the hazards originally insured;
         (c) **we** become insolvent; or
         (d) **we** involuntarily lose reinsurance for this policy.
      (3) at least 60 days prior to the effective date when cancellation is for any other reason.
   d. If **you** are subject to **1.b.** or **1.c.** above, if this policy is canceled, **we** will send **you** any premium refund due. Such refund will be calculated based upon the following:
      **We** will determine the return premium on a pro rata basis and round to the nearest cent when this policy is canceled:
      (1) by **us** or at **our** request;
      (2) because **you** no longer have an insurable or financial interest in the property or business operation covered by this policy;
      (3) or rewritten with **us** in **our** company group; or

Case 2:24-cv-05001-DJAM   Document 15-3   Filed 01/02/24   Page 27 of 55

**(4)** after the first year if this policy is for more than one year policy period and the premium is prepaid.

**2. NONRENEWAL**

If **we** decide not to renew this policy, **we** will mail or deliver written notice stating the reason for nonrenewal to **you** at **your** last address known to **us**. This notice shall be mailed or delivered:

**a.** at least 30 days prior to the expiration of this policy if **you** are subject to **1. b.** above; or

**b.** at least 60 days prior to the expiration of this policy if **you** are subject to **1. c.** above.

All other policy terms and conditions apply.

# PET MEDICAL COVERAGE
## Automobile Policy

It is agreed:

**1.** The following definitions are added to **SECTION I - DEFINITIONS** as they apply to this endorsement only:
**Pet** means a cat or dog owned by **you** or a **relative**.
**Pet's replacement cost** means the monetary cost incurred to replace a **pet**, that is deceased, with another cat or dog of similar kind and quality. This does not include any cost for:
**a.** veterinary care or services for the new **pet**;
**b.** training of the new **pet**; or
**c.** any other expenses incurred
after the initial purchase of the new **pet**.

**2.** The following is added to **SECTION III - DAMAGE TO YOUR AUTOMOBILE**, **3. COVERAGE EXTENSIONS**:
**Pet Medical Payments Coverage**
If COLLISION applies to at least one of **your automobiles** and a **pet** is occupying:
**(1)** **your automobile** while being used with **your** permission or the permission of a **relative**;
**(2)** an **automobile you** or a **relative** does not own which is temporarily used as a substitute for **your automobile**. **Your automobile** must be out of use because of breakdown, repair, servicing, loss or destruction;
**(3)** an **automobile** which **you** acquire if:
  **(a)** it replaces **your automobile**. **You** must report the replacement **automobile** to **us** no later than:
    **1)** the expiration date; or
    **2)** 30 days after **you** take possession if the replacement **automobile** is acquired less than 30 days prior to the expiration date
    of the policy term during which the **automobile** was acquired.
  **(b)** it is an additional **automobile**, provided **you**:
    **1)** report the additional **automobile** to **us** within 30 days after **you** take possession; and
    **2)** pay any required additional premiums.
**(4)** an **automobile** not owned by or furnished or available for regular use to:
  **(a)** **you**; or
  **(b)** anyone living with **you** who does not own an **automobile**; or

**(5)** an **automobile** not used in an **automobile** garage, repair shop, sales agency, service station or public parking business **you** own or operate
then if a **pet** is injured, dies or requires necessary or veterinary recommended euthanasia as the result of the collision of such **automobile**, **we** will pay:
**(1)** those reasonable and necessary medical expenses incurred for the:
  **(a)** care;
  **(b)** recovery; and
  **(c)** necessary or veterinary recommended euthanasia
  of such **pet**.
**(2)** the **pet's replacement cost** if a **pet** dies or requires necessary or veterinary recommended euthanasia.
**(3)** for the **pet's** injury. The **pet's** injury must be discovered, treated and reported to **us** within 30 days of the **occurrence**. Failure to report a **pet's** injury within 30 days shall invalidate a claim only if the failure to report within 30 days prejudices **our** rights. **We** will pay only those medical expenses or the new **pet's replacement cost** incurred within one year of the **occurrence**.
**We** also extend this coverage to **you**:
**(1)** if **you** are a partnership or joint venture, **your** members, **your** partners and their spouses;
**(2)** if **you** are a limited liability company, **your** members;
**(3)** if **you** are an organization other than a partnership, joint venture or limited liability company, **your** executive officers; or
**(4)** if **you** are a trust, **your** trustees.
Pet Medical Payments does not apply to injury or death of a **pet**:
**(1)** resulting from or arising out of an intentional act of **you** or a **relative**.
**(2)** while occupying any **automobile**:
  **(a)** preparing for;
  **(b)** practicing for; or
  **(c)** participating in
  any prearranged racing, speed or demolition contest.
**(3)** resulting from or arising out of war, whether declared or not declared, insurrection or any of their consequences.

Case 3:24-cv-05001-DJAM Document 15-3 Filed 01/23/24 Page 29 of 55

**(4)** while occupying an **automobile** located for use as a residence or premises.

For any one **pet**, in any one **occurrence, we** will not pay more than $750 or the amount shown in the Declarations, whichever is higher, for medical expenses and the **pet's replacement cost** combined.

For two or more **pets**, in any one **occurrence, we** will not pay more than $1500 or the amount shown in the Declarations, whichever is higher, for all of the **pet's** medical expenses and the **pet's replacement cost** combined.

No deductible applies.

The amount **we** pay shall not be increased because of the number of:

**(1)** **automobiles** shown or premiums charged in the Declarations;

**(2)** claims made or **suits** brought; or

**(3)** **automobiles** involved in the **occurrence**.

If **we** make a payment under this endorsement and the person to or for whom payment is made has a right to recover damages from another, **we** will be entitled to that right.  That person shall do everything necessary to transfer that right to **us** and shall do nothing to prejudice it.

At **our** request **you** or a **relative** must authorize **us** to obtain veterinary and other records which pertain to the **pet's** injury.  **You** must allow the **pet**, at **our** expense, to be examined by veterinarians **we** select as often as **we** may reasonably require.

All other policy terms and conditions apply.

89177 (11-14)

## Missouri
# UNINSURED MOTORIST COVERAGE
### Automobile Policy

It is agreed:

**1. DEFINITIONS**

The following definitions apply only to this coverage and are in addition to those contained in **SECTION I - DEFINITIONS** of the policy.

**a. Occupying** means being in or on an **automobile** as a passenger or operator, or being engaged in the immediate acts of entering, boarding or alighting from an **automobile**.

**b. Own(ed)** means having:

**(1)** legal title to, other than when the person having legal title is engaged in the business of leasing automobiles and the automobile is leased to a lessee for greater than 30 days;

**(2)** use of under a lease of 30 days or greater; or

**(3)** immediate right of possession under a contract of sale.

**c. Uninsured automobile** means an **automobile**:

**(1)** to which no **bodily injury** liability bond or liability insurance policy applies:

**(a)** at the time of the **occurrence**; or

**(b)** in at least the minimum amounts required by the Motor Vehicle Financial Responsibility Law of Missouri.

**(2)** insured by a company that becomes insolvent within two years after the **occurrence**.

**(3)** insured by a company that has issued a successful written denial of coverage.

**(4)** that is a hit and run **automobile**. By this **we** mean an **automobile**:

**(a)** that causes **bodily injury** whether or not physical contact is made with the injured person or the **automobile** the injured person is **occupying**; and

**(b)** whose owner or operator is unknown. If there is no physical contact the facts of the accident must be established by clear evidence other than evidence provided by a person(s) having a claim under this coverage. An **occurrence** involving a hit and run **automobile** must be reported to the police within 24 hours of when it takes place.

**Uninsured automobile** does not include an **automobile**:

**(1) owned** or operated by a self-insurer under any **automobile** law;

**(2)** located for use as a residence or premises;

**(3)** that is designed for use primarily off public roads except while actually on public roads; or

**(4)** that is an underinsured **automobile**. An underinsured **automobile** is an **automobile** to which a **bodily injury** liability bond or liability insurance policy applies at the time of the **occurrence**:

**(a)** with limits of liability at least equal to or greater than the limits required by the Motor Vehicle Responsibility Law of Missouri; and

**(b)** such limits of liability are less than those provided for Underinsured Motorist Coverage.

**2. COVERAGE**

**a. We** will pay compensatory damages, including but not limited to loss of consortium, that any person is legally entitled to recover from the owner or operator of an **uninsured automobile** for **bodily injury** sustained by an injured person while **occupying** an **automobile** that is covered by **SECTION II - LIABILITY COVERAGE** of the policy.

**b.** This coverage is extended to **you**, if an individual as follows:

**(1) We** will pay compensatory damages, including but not limited to loss of consortium, **you** are legally entitled to recover from the owner or operator of any **uninsured automobile** for **bodily injury you** sustain:

**(a)** when **you** are not **occupying** an **automobile** that is covered by **SECTION II - LIABILITY COVERAGE** of the policy; or

**(b)** when **occupying** an **automobile you** do not **own** which is not covered by **SECTION II - LIABILITY COVERAGE** of the policy.

**(c)** when **occupying** an **automobile you own** which is not insured for **bodily injury** liability coverage. However, coverage applies only for that portion of the limit of liability that does not exceed the financial responsibility limits required by the Motor Vehicle Financial Responsibility Law of Missouri.

Case 2:24-cv-05001-DJM   Document 15-3   Filed 01/23/24   Page 31 of 55

**(2)** The coverage extended in **2.b.(1)** above is also afforded to a **relative** who does not **own** an **automobile**.

**c.** The **bodily injury** must be accidental and arise out of the ownership, maintenance or use of the **uninsured automobile**.

**d.** Whether an injured person is legally entitled to recover compensatory damages, including but not limited to loss of consortium, and the amount of such damages shall be determined by agreement between the injured person and **us**. **We** will not be bound by any judgments for damages obtained or settlements made without **our** written consent if such judgment or settlement adversely affects **our** rights.

**3. EXCLUSIONS**

Uninsured Motorist Coverage does not apply to:

**a.** punitive or exemplary damages.

**b.** any person injured while **occupying** or injured by any **automobile** which is **owned** or leased by, furnished to or available for regular use of any such person injured if such **automobile**:

**(1)** is designed primarily for use on public roads;

**(2)** is required to be registered and licensed prior to its use on public roads; or

**(3)** is not insured for Uninsured Motorist Coverage by the policy.

This exclusion applies only to the extent that the Limit of Liability for Uninsured Motorist Coverage shown in the Declarations exceeds the minimum amounts required by the Motor Vehicle Financial Responsibility Law of Missouri.

**c.** any person who settles a **bodily injury** claim with an uninsured motorist without **our** written consent if the settlement prejudices **our** rights of recovery.

**d.** any claim made by any insurer or self-insurer under any workers compensation law, disability benefits law or any similar law.

**4. LIMIT OF LIABILITY**

**We** will pay compensatory damages, including but not limited to loss of consortium, for **bodily injury** up to the Limit of Liability stated in the Declarations for Uninsured Motorist Coverage as follows:

**a.** The limit stated for "each person" is the amount of coverage and the most **we** will pay subject to **4.b** below, for all compensatory damages, including but not limited to loss of consortium, because of or arising out of **bodily injury** to one person in any one **occurrence**.

**b.** The limit stated for "each occurrence" is the total amount of coverage and the most **we** will pay, subject to **4.a.** above, for all compensatory damages, including but not limited to loss of consortium, because of or arising out of **bodily injury** to two or more persons in any one **occurrence**.

**c.** If **you** are an individual and the policy insures more than one of **your automobiles** for Uninsured Motorist Coverage, **our** Limit of Liability for only **you** or **your relatives** is as follows:

**(1)** The Limit of Liability for each person shall be the sum of the "each person" limits stated in the Declarations for each such **automobile**.

**(2)** The Limit of Liability for each **occurrence** shall be the sum of the "each occurrence" limits stated in the Declarations for each such **automobile**.

**d.** Except as provided in **4.a**, **4.b** and **4.c**, the Limit of Liability is not increased because of the number of:

**(1)** **automobiles** shown or premiums charged in the Declarations;

**(2)** claims made or **suits** brought;

**(3)** persons injured; or

**(4)** **automobiles** involved in the **occurrence**.

**e.** Except as provided in **4.a**, **4.b** and **4.c**, the amount **we** pay will be reduced by any amounts paid or payable for the same **bodily injury**:

**(1)** under **SECTION II - LIABILITY COVERAGE** of the policy;

**(2)** by or on behalf of any person or organization who may be legally responsible for the **bodily injury**.

In no event shall **our** payment be reduced to an amount that is less than the minimum amounts required by the Motor Vehicle Financial Responsibility Law of Missouri.

**Our** payment will not be reduced because of any benefits paid or payable under the Automobile Medical Payments Coverage of the policy or under any workers compensation law, disability benefits law or any similar law.

**5. OTHER UNINSURED MOTORIST COVERAGE**

The uninsured motorist coverage provided by this endorsement to persons **occupying your automobile** shall be primary, and with regard to persons **occupying** any other **automobile**, such coverage shall be excess over all other applicable uninsured motorists coverage provided by any other policy. However, if there is other uninsured motorist coverage provided by any other policy which applies on a primary basis to **your automobile**, **we** shall pay only **our** share of the damages. **Our** share shall be the ratio of **our** Limit of Liability to the total limits of all uninsured motorist coverage provided by any other policy which applies.

When this coverage is primary and there is other uninsured motorist coverage which is stated to apply on an excess basis, **our** liability shall not be reduced by the existence of such coverage.

**6. CONDITIONS**
The following condition applies in addition to those contained in the **SECTION VI - GENERAL CONDITIONS** of the policy.
**TIME LIMITATION FOR ACTION AGAINST US**
Any person seeking Uninsured Motorist Coverage must:

**a.** present a claim for compensatory damages, including but not limited to loss of consortium, according to the terms and conditions of the policy; and

**b.** conform with any applicable statute of limitations applying to **bodily injury** claims of the state in which the accident occurred.

All other policy terms and conditions apply.

## Missouri
# UNDERINSURED MOTORIST COVERAGE
### Automobile Policy

It is agreed:

1. **DEFINITIONS**
   The following definitions apply only to this coverage and are in addition to those contained in **SECTION I - DEFINITIONS** of the policy.
   **a. Occupying** means being in or on an **automobile** as a passenger or operator, or being engaged in the immediate acts of entering, boarding or alighting from an **automobile**.
   **b. Own(ed)** means having:
      **(1)** legal title to, other than when the person having legal title is engaged in the business of leasing automobiles and the automobile is leased to a lessee for greater than 30 days;
      **(2)** use of under a lease of 30 days or greater; or
      **(3)** immediate right of possession under a contract of sale.
   **c. Underinsured automobile** means an **automobile** to which a **bodily injury** liability bond or liability insurance policy applies at the time of the **occurrence**:
      **(1)** with limits of liability at least equal to or greater than the limits required by the Motor Vehicle Financial Responsibility Law of Missouri; and
      **(2)** such limits of liability are less than those stated in the Declarations for Underinsured Motorist Coverage.
   **Underinsured automobile** does not include an **automobile**:
      **(1) owned** or leased by, furnished to or available for regular use of **you** or anyone living with **you**;
      **(2) owned** or operated by a self-insurer under any **automobile** law;
      **(3) owned** by any governmental unit or agency;
      **(4)** located for use as a residence or premises;
      **(5)** that is designed for use primarily off public roads except while actually on public roads; or
      **(6)** that is an uninsured **automobile**. Uninsured **automobile** means an **automobile**:
         **(a)** to which no **bodily injury** liability bond or liability insurance policy applies:
            1) at the time of the **occurrence**; or

         2) in at least the minimum amounts required by the Motor Vehicle Financial Responsibility Law of Missouri.
      **(b)** insured by a company that becomes insolvent within two years after the **occurrence**.
      **(c)** insured by a company that has issued a successful written denial of coverage.
      **(d)** that is a hit and run **automobile**. By this **we** mean an **automobile**:
         1) that causes **bodily injury** whether or not physical contact was made with the injured person or the **automobile** the injured person was **occupying**; and
         2) whose owner or operator is unknown.

2. **COVERAGE**
   **a. Our** Underinsured Motorist Coverage provides gap coverage for **you** and any insured person who is legally entitled to recover damages for **bodily injury** from the owner or operator of an **underinsured automobile**. This Underinsured Motorist Coverage is designed only to place **you** and any insured person in the same position that **you** and any insured person would have been if the owner or operator of the **underinsured automobile** had a **bodily injury** liability bond or policy with limits of liability for **bodily injury** equal to the limits of liability for this coverage at the time of the **occurrence** and is not intended to provide excess insurance coverage over the coverage provided by the **bodily injury** liability bond or policy applicable to the owner or operator of the **underinsured automobile**. Our payment of Underinsured Motorist Coverage is further subject to the limitations and reductions on this coverage set forth in **SECTION 4. LIMIT OF LIABILITY**.
   **b.** Subject to the limitations and reductions on coverage set forth in **SECTION 4. LIMIT OF LIABILITY**, **we** will pay compensatory damages, including but not limited to loss of consortium, that any person is legally entitled to recover from the

Case 2:24-cv-05001-DJAM   Document 15-3   Filed 01/23/24   Page 34 of 55

owner or operator of an **underinsured auto-mobile** for **bodily injury** sustained by an injured person while **occupying** an **automobile** that is covered by **SECTION II - LIABILITY COVER-AGE** of the policy.

**c.** This coverage is extended to **you**, if an individual as follows:

**(1)** Subject to the limitations and reductions on coverage set forth in **SECTION 4. LIMIT OF LIABILITY**, **we** will pay compensatory damages, including but not limited to loss of consortium, **you** are legally entitled to recover from the owner or operator of any **underinsured automobile** for **bodily injury you** sustain:

**(a)** when **you** are not **occupying** an **auto-mobile** that is covered by **SECTION II - LIABILITY COVERAGE** of the policy; or

**(b)** when **occupying** an **automobile you** do not **own** which is not covered by **SECTION II - LIABILITY COVERAGE** of the policy.

**(2)** The coverage extended in **2.c.(1)** above is also afforded to a **relative** who does not **own** an **automobile**.

**d.** There is no coverage under this endorsement until the limits of liability of all **bodily injury** liability bonds and liability insurance policies applying to the **underinsured automobile** and its operator have been exhausted by payment of judgments or settlements.

**e.** There is no coverage under this endorsement unless the **bodily injury** is accidental and arises out of the ownership, maintenance or use of the **underinsured automobile**, as defined in **1. DEFINITIONS, c.**, above.

**f.** Whether an injured person is legally entitled to recover compensatory damages, including but not limited to loss of consortium, and the amount of such damages shall be determined by agreement between the injured person and **us**. **We** will not be bound by any judgments for damages obtained or settlements made without **our** written consent if such judgment or settlement adversely affects **our** rights.

**3. EXCLUSIONS**

Underinsured Motorist Coverage does not apply to:

**a.** punitive or exemplary damages.

**b.** any person injured while **occupying** or injured by any **automobile** which is **owned** or leased by such person injured if such **automobile**:

**(1)** is designed primarily for use on public roads;

**(2)** is required to be registered and licensed prior to its use on public roads; and

**(3)** is not insured for Underinsured Motorist Coverage by the policy.

**c.** any person who settles a **bodily injury** claim without **our** written consent if the settlement prejudices **our** rights of recovery.

**d.** any claim made by any insurer or self-insurer under any workers compensation law, disability benefits law or any similar law.

**4. LIMIT OF LIABILITY**

**a.** The Limits of Liability stated in the Declarations for Underinsured Motorist Coverage are for reference purposes only. **Our** duty to pay Underinsured Motorist Coverage is the difference between the Limits of Liability for this coverage and the limitations and reductions on this coverage set forth in **4. LIMIT OF LIABILITY, b.** through **e.** shown below. Under no circumstances do **we** have a duty to pay **you** or any person entitled to Underinsured Motorist Coverage under this policy the entire Limits of Liability stated in the Declarations for this coverage.

**b.** Subject to the Limits of Liability stated in the Declarations for Underinsured Motorist Coverage and paragraph **4.a.** above, **our** payment for Underinsured Motorist Coverage shall not exceed the lowest of:

**(1)** the amount by which the Underinsured Motorist Coverage Limits of Liability stated in the Declarations exceed the total limits of all **bodily injury** liability bonds and liability insurance policies available to the owner or operator of the **underinsured automobile**; or

**(2)** the amount by which compensatory damages, including but not limited to loss of consortium, because of **bodily injury** exceed the total limits of all **bodily injury** liability bonds and liability insurance policies available to the owner or operator of the **underinsured automobile**.

**c.** If the Limits of Liability stated in the Declarations for Underinsured Motorist Coverage are less than two times the limits for **bodily injury** pursuant to the Motor Vehicle Financial Responsibility Law of Missouri, **our** payment for Underinsured Motorist Coverage shall apply as excess coverage over the **bodily injury** liability bonds and liability insurance policies applying to the **underinsured automobile** and shall not be reduced by any amounts paid or payable for the same **bodily injury**:

**(1)** under **SECTION II - LIABILITY COVER-AGE** of the policy;

**(2)** under any workers compensation or similar law; or

**(3)** by or on behalf of any person or organization who may be legally responsible for the **bodily injury**.

**d.** **Our** payment of Underinsured Motorist Coverage shall not be increased regardless of:
**(1)** the number of **automobiles** shown or premiums charged in the Declarations;
**(2)** the number of policies providing Underinsured Motorist Coverage that **we** have issued that provide Underinsured Motorist Coverage for **you** or any other insured person;
**(3)** the number of claims made or **suits** brought;
**(4)** the number of persons injured;
**(5)** the number of **automobiles** involved in the **occurrence**; or
**(6)** whether the injured person was **occupying your automobile** or any other **automobile** at the time of the **occurrence**.
THIS MEANS THAT NO STACKING OR AGGREGATION OF THE UNDERINSURED MOTORIST COVERAGE SHALL BE ALLOWED BY THIS POLICY IN ANY EVENT.
**e.** When Underinsured Motorist Coverage under this policy applies to two or more **automobiles**, the Limit of Liability applicable to each **automobile** shall not be added to, combined with, or stacked onto the limits of other Underinsured Motorist Coverage under this policy to determine the total limit of Underinsured Motorist Coverage applicable to any one person or to any one **occurrence** or to provide a higher Limit of Liability than would apply if the Underinsured Motorist Coverage under this policy applied to only one **automobile**.

**5.** **OTHER UNDERINSURED MOTORIST COVERAGE**
**a.** This section governs the relationship of this policy with insurance policies issued by insurance companies other than **us**. It does not define **our** Limit of Liability to pay Underinsured Motorist Coverage and shall not be construed to increase the limit of Liability for Underinsured Motorist Coverage described in **4. LIMIT OF LIABILITY** immediately above for Underinsured Motorist Coverage regardless of whether **you** or any other person is **occupying your automobile** or any other **automobile**.
**b.** The Underinsured Motorist Coverage provided by this endorsement to persons **occupying your automobile** shall be primary, and with regard to persons **occupying** any other **automobile**, such coverage shall be excess over all other applicable underinsured motorists coverage provided by any other policy. However, if there is other underinsured motorist coverage provided by any other policy which applies on a primary basis to **your automobile**, **we** shall pay

only **our** share of the damages. **Our** share shall be the ratio of **our** Limit of Liability to the total limits of all underinsured motorist coverage which applies. Total damages payable shall be considered not to exceed the limit of the applicable policy which has the highest Limit of Liability for underinsured motorist coverage.
**c.** When this coverage is primary and there is other underinsured motorist coverage provided by any other policy which is stated to apply on an excess basis, **our** liability shall not be reduced by the existence of such coverage.

**6.** **OTHER INSURANCE COVERAGE UNDER THIS POLICY**
No coverage provided by this policy will be excess over any other coverage in this policy and the Limit of Liability as described in **4. LIMIT OF LIABILITY** immediately above, is **our** maximum limit of liability for all damages from any one **occurrence**. This is the most **we** will pay, regardless of:
**a.** the number of persons injured;
**b.** the number of claims made or **suits** brought;
**c.** the number of **automobiles** shown or premiums charged in the Declarations;
**d.** the number of **automobiles** involved in the **occurrence**; or
**e.** whether the injured person was **occupying your automobile** or any other **automobile** at the time of the **occurrence**.

**7.** **CONDITIONS**
The following conditions apply in addition to those contained in the **SECTION VI - GENERAL CONDITIONS** of the policy.
**a.** **TIME LIMITATION FOR ACTION AGAINST US**
Any person seeking Underinsured Motorist Coverage must:
**(1)** present a claim for compensatory damages, including but not limited to loss of consortium, according to the terms and conditions of the policy; and
**(2)** conform with any applicable statute of limitations applying to **bodily injury** claims of the state in which the accident occurred.
**b.** **ARBITRATION**
**(1)** If **we** and a person entitled to Underinsured Motorist Coverage under this endorsement do not agree:
**(a)** that the person is entitled to recover compensatory damages, including but not limited to loss of consortium; or
**(b)** to the amount of those damages
the matter may be arbitrated provided both **we** and the injured person agree to arbitration. If so, each party will select an

Case 3:24-cv-05004-JAM   Document 15-3   Filed 01/24/24   Page 36 of 55

arbitratortor.  The two arbitrators will select a third.  If they cannot agree within 30 days, either may request that a judge of a court having jurisdiction make the selection.

**(2)** Each party will pay its own arbitrator and share equally all other expenses of arbitration.

**(3)** Arbitration will take place in the county and state in which the person entitled to coverage resides or has a place of business.  If

that person has no residence or place of business in Missouri, then the arbitration will be held at the circuit court of Cole County, Missouri.  Local rules of procedure and evidence will apply.

**(4)** A decision by any two of the arbitrators will be binding.

All other policy terms and conditions apply.

99339 (8-14)

# ACCIDENTAL DEATH BENEFIT
## Automobile

It is agreed:

**DEFINITIONS**
The following definitions apply in addition to those contained in **SECTION I - DEFINITIONS** of the policy.
1. **Digital network** means any online-enabled application, software, website or system offered or utilized by a **transportation network company** that enables the prearrangement of rides with transportation network company drivers.
2. **Eligible person** means when the named insured shown in the Declarations is:
   a. an individual, **you** or a **relative**.
   b. a partnership, **your** partners and their spouses and relatives who reside with them in the same household.
   c. an organization other than a partnership, **your** officers, as defined in **your** organization's charter, constitution or by-laws and their spouses and relatives who reside with them in the same household.
3. **Personal vehicle sharing program** means a legal entity engaged in the business of facilitating the sharing of an **automobile** by individuals.
4. **Prearranged ride** means the provision of transportation by a driver to a requesting passenger, beginning when a driver accepts a ride requested by a passenger through a **digital network** controlled by a **transportation network company**, continuing while the driver transports a requesting passenger and ending when the requesting passenger departs from the **automobile**.
5. **Transportation network company** means an entity that uses a **digital network** to connect passengers to transportation network company drivers.

**COVERAGE**
**We** shall pay an accidental death benefit in the event of a death of an **eligible person** provided:
1. death is the direct result of **bodily injury** sustained in an accident while occupying a **private passenger automobile** or while getting into or out of a **private passenger automobile**; and
2. death of the **eligible person** occurs within 90 days of the date the **bodily injury** was sustained.

**EXCLUSIONS**
**We** shall not pay an accidental death benefit if death results in any way from:

1. an accident while occupying or getting into or out of a **private passenger automobile** driven by a driver who is logged in to a **transportation network company's digital network**.
   This exclusion does not apply:
   a. to an **eligible person** while occupying or getting into or out of a **private passenger automobile** the **eligible person** does not own.
   b. when Limited Transportation Network Company Driver Coverage is shown in the Declarations for such **private passenger automobile** and the driver has not accepted a **prearranged ride**.
2. the ownership, maintenance or use of **your automobile** while:
   a. enrolled in an electronic or written **personal vehicle sharing program** agreement; and
   b. being used in connection with such **personal vehicle sharing program**.
   If **you** are an individual this exclusion does not apply to **you** or any **relative** while using such **automobile**.

**PAYMENT BENEFITS**
**We** shall pay the accidental death benefit shown in the Declarations to the deceased **eligible person's** surviving spouse; if none, to surviving children, share and share alike; if none, to surviving parents, share and share alike; if none, to the **eligible person's** estate.

**BENEFIT LIMIT**
1. **We** shall pay no more than the accidental death benefit limit stated in the Declarations for each **eligible person** for whom this benefit is payable.
2. The benefit limit for this coverage is not increased regardless of the number of:
   a. **automobiles** shown in the Declarations;
   b. claims presented or **suits** brought; or
   c. **automobiles** involved in the accident.

**CONDITIONS**
1. **We** must be furnished with:
   a. a copy of the **eligible person's** death certificate; and
   b. a sworn statement which identifies the person(s) entitled to the benefit.
2. This benefit is primary and shall not be reduced by or be used to reduce any other coverage or benefit

Case 3:24-cv-05001-DJM   Document 15-3   Filed 01/23/24   Page 38 of 55

provided by this policy or a policy issued by **us** or a Company affiliated with **us**, except the Accidental Death Benefit of a Homeowners or Mobile

Homeowners policy issued by **us** or a Company affiliated with **us**.

All other policy terms and conditions apply.

# AUTOMOBILE MEDICAL PAYMENTS COVERAGE
## Automobile Policy

It is agreed:

**1. DEFINITIONS**
The following definitions apply in addition to those contained in **SECTION I - DEFINITIONS** of the policy.
**a. Digital network** means any online-enabled application, software, website or system offered or utilized by a **transportation network company** that enables the prearrangement of rides with transportation network company drivers.
**b. Personal vehicle sharing program** means a legal entity engaged in the business of facilitating the sharing of an **automobile** by individuals.
**c. Prearranged ride** means the provision of transportation by a driver to a requesting passenger, beginning when a driver accepts a ride requested by a passenger through a **digital network** controlled by a **transportation network company**, continuing while the driver transports a requesting passenger and ending when the requesting passenger departs from the **automobile**.
**d. Transportation network company** means an entity that uses a **digital network** to connect passengers to transportation network company drivers.

**2. COVERAGE**
**a.** We will pay reasonable expenses for medical and funeral services to or for any person:
   **(1)** who accidentally sustains **bodily injury**;
   **(2)** while occupying or getting into or out of **your automobile**; and
   **(3)** while **your automobile** is being used with **your** permission.
**b.** Medical expenses include:
   **(1)** medical, surgical, x-ray, dental and Christian Science practitioner services;
   **(2)** prosthetic devices, eyeglasses and drugs; and
   **(3)** ambulance, hospital and professional nursing services.
**c. We** will pay only those expenses for medical and funeral services incurred within three (3) years of the **occurrence**. However, the **bodily injury**

must be discovered, treated and reported to **us** within one year of the **occurrence**.

**3. OTHER AUTOMOBILES COVERED**
The Automobile Medical Payments provided for **your automobile** also applies to certain other **automobiles**.  It applies to:
**a.** an **automobile you** do not own which is temporarily used as a substitute for **your automobile**.  **Your automobile** must be out of use because of breakdown, repair, servicing, loss or destruction.
**b.** an **automobile** which **you** acquire if it:
   **(1)** replaces **your automobile** to which Automobile Medical Payments coverage applies.  **You** must report the replacement **automobile** to **us** no later than:
      **(a)** the expiration date; or
      **(b)** thirty (30) days after **you** take possession if the replacement **automobile** is acquired less than thirty (30) days prior to the expiration date
      of the policy term during which the **automobile** was acquired; or
   **(2)** is an additional **automobile**, provided **you**:
      **(a)** report the additional **automobile** to **us** within thirty (30) days after **you** take possession; and
      **(b)** pay any required additional premiums.
   This extension does not apply if **you** have other **automobile** medical benefits insurance.

**4. EXCLUSIONS**
Automobile Medical Payments does not apply to:
**a. bodily injury** to any person resulting from or arising out of an intentional act of that person.
**b.** any person operating or employed by an **automobile** garage, repair shop, sales agency, service station or public parking place.  This exclusion does not apply to **you** or a **relative**.
**c.** any **automobile** while used as a public or livery conveyance.  This exclusion does not apply to car pooling on a share the expense basis.
**d.** any **automobile** while:
   **(1)** preparing for;
   **(2)** practicing for; or
   **(3)** participating in

Case 3:24-cv-05001-JAM   Document 15-3   Filed 01/24/24   Page 40 of 55

any prearranged racing, speed or demolition contest.

**e.** any person occupying or getting into or out of **your automobile** without a reasonable belief of **your** permission to do so.

**f.** **bodily injury** resulting from or arising out of war, whether declared or not declared, insurrection or any of their consequences.

**g.** any expenses that would be payable under any workers compensation law, disability benefits law or any similar law.

**h.** any person occupying, getting into or out of, or struck by an **automobile** located for use as a residence or premises.

**i.** **bodily injury** to any person while such person is occupying, getting into or out of, or struck by an **automobile** being driven by a driver who is logged in to a **transportation network company's digital network**.

This exclusion does not apply:

(1) to **you** or a **relative** while occupying, getting into or out of, or struck by an **automobile you** or a **relative** do not own.

(2) when Limited Transportation Network Company Driver Coverage is shown in the Declarations for such **automobile** and the driver has not accepted a **prearranged ride**.

**j.** any person for the ownership, maintenance or use of **your automobile** while:

(1) enrolled in an electronic or written **personal vehicle sharing program** agreement; and

(2) being used in connection with such **personal vehicle sharing program**.

If **you** are an individual this exclusion does not apply to **you** or any **relative** while using such **automobile**.

## 5. LIMIT OF LIABILITY

**a.** The Limit of Liability stated in the Declarations for each person is the most **we** will pay to or for any person in one **occurrence** for medical and funeral services.

**b.** Subject to **5. LIMIT OF LIABILITY a.**, the most **we** will pay for funeral services is $2,000 per person.

**c.** The Limit of Liability is not increased because of the number of:

(1) **automobiles** shown or premiums charged in the Declarations;

(2) claims made or **suits** brought;

(3) persons injured; or

(4) **automobiles** involved in the **occurrence**.

## 6. INDIVIDUAL NAMED INSURED

The following coverage extension applies to **you**, if an individual, only if the **automobile** described in the Declarations is a **private passenger automobile** to which Automobile Medical Payments applies.

**a.** Automobile Medical Payments applies to **you**:

(1) while occupying;

(2) while getting into or out of; or

(3) if struck by

an **automobile** not owned by or furnished or available for regular use to **you** or anyone living with **you**.

**b.** The coverage extended in **6. INDIVIDUAL NAMED INSURED a.**, is also afforded to a **relative** who does not own an **automobile**.

**c.** **We** will not pay any amount for medical or funeral services under this coverage extension that duplicates amounts paid or payable by other insurance of any type.

This coverage extension is subject to all provisions of **5. LIMIT OF LIABILITY**.

## 7. PRESERVE OUR RIGHT TO RECOVER PAYMENTS

If **we** make a payment under this endorsement and the person to or for whom payment is made has a right to recover damages from another, **we** will be entitled to that right. That person shall do everything necessary to transfer that right to **us** and shall do nothing to prejudice it.

**8.** The following provision applies in addition to those contained in **SECTION V - WHAT YOU MUST DO AFTER AN ACCIDENT OR LOSS** of the policy.

## DISCLOSURE

At **our** request the injured person or someone acting on behalf of the injured person must authorize **us** to obtain medical and other records which pertain to the **bodily injury**. The injured person must, at **our** expense, submit to physical examinations by doctors **we** select as often as **we** may reasonably require.

All other policy terms and conditions apply.

# LIMITED TRANSPORTATION NETWORK COMPANY DRIVER COVERAGE
### Automobile Policy

It is agreed:

**1. DEFINITIONS**

The following definitions apply in addition to those contained in **SECTION I – DEFINITIONS** of the policy.

**a. Digital network** means any online-enabled application, software, website or system offered or utilized by a **transportation network company** that enables the prearrangement of rides with transportation network company drivers.

**b. Prearranged ride** means the provision of transportation by a driver to a requesting passenger, beginning when a driver accepts a ride requested by a passenger through a **digital network** controlled by a **transportation network company**, continuing while the driver transports a requesting passenger and ending when the requesting passenger departs from the **automobile**.

**c. Transportation network company** means an entity that uses a **digital network** to connect passengers to transportation network company drivers.

**2.** Under **SECTION II – LIABILITY COVERAGE, 2. EXCLUSIONS, c.** is deleted and replaced by the following exclusion.

**c.** to any **automobile** while:

**(1)** used as a public or livery conveyance for a fee;

**(2)** hired by or rented to others for a fee;

**(3)** available for hire by the public for a fee; or

**(4)** being used by a driver who is logged in to a **transportation network company's digital network** and is involved in an accident with such **automobile**.

This exclusion **c.(1)-(4)** does not apply:

**(a)** to car pooling on a share the expense basis;

**(b)** to the use of any **automobile** for volunteer or charitable purposes or for which reimbursement for normal operating expenses is received; or

**(c)** while a driver is logged in to a **transportation network company's digital network** and has not accepted a **prearranged ride**.

This exception **(c)**, applies only when Limited Transportation Network Company Driver Coverage is shown in the Declarations for such **automobile**.

**3. SECTION III - DAMAGE TO YOUR AUTOMOBILE**, is amended.

**a.** Under **2. EXCLUSIONS**, the following exclusion is added:

any **automobile** while:

**(1)** used as a public or livery conveyance for a fee;

**(2)** hired by or rented to others for a fee;

**(3)** available for hire by the public for a fee; or

**(4)** being used by a driver who is logged in to a **transportation network company's digital network** and is involved in an accident with such **automobile**.

This exclusion **a.(1)-(4)** does not apply:

**(a)** to car pooling on a share the expense basis;

**(b)** to the use of any **automobile** for volunteer or charitable purposes or for which reimbursement for normal operating expenses is received; or

**(c)** while a driver is logged in to a **transportation network company's digital network** and has not accepted a **prearranged ride**.

This exception **(c)**, applies only when Limited Transportation Network Company Driver Coverage is shown in the Declarations for such **automobile**.

**b.** Under **3. COVERAGE EXTENSIONS**, the following extension is added:

**Excess Comprehensive and Collision Coverage**

**We** will extend the Comprehensive and Collision Coverage that apply to **your automobile** and its **equipment** when Limited Transportation Network Company Driver Coverage is shown in the Declarations for such **automobile** while a driver is logged in to a **transportation network company's digital network** and has accepted a **prearranged ride**.

Case 3:24-cv-05001-DJM Document 15-3 Filed 10/23/24 Page 42 of 55

The coverage afforded by this extension shall be excess of any other **transportation network company** physical damage coverage.  However, when such other **transportation network company** physical damage coverage is subject to a deductible greater than the deductible which applies to this coverage, **we** will pay the difference between the two deductibles.

All other policy terms and conditions apply.

69405 (1-16)

# PRESERVE OUR RIGHT TO RECOVER PAYMENTS
## Automobile Policy

It is agreed:

**SECTION V – WHAT YOU MUST DO AFTER AN ACCIDENT OR LOSS, 3. PRESERVE OUR RIGHT TO RECOVER PAYMENTS** is amended.  The following condition is added.
If the claim paid is less than the agreed loss because of any deductible or other limiting terms, the recovery is prorated between **you** and **us** based on the interest of each in the loss.  This condition only applies if **we** pay for a loss and then payment is made by those responsible for the loss.

All other policy terms and conditions apply.

69405 (1-16)                                                                    Page 1 of 1

89432 (4-09)

# AMENDATORY - YOU AND YOUR
## Automobile Policy

It is agreed:

Under **SECTION I - DEFINITIONS,** definition **12.**, **you** or **your** is deleted and replaced with the following:

**12. You** or **your** means any named insured shown in the Declarations and if an individual, such individual named insured's spouse who resides in the same household.

All other policy terms and conditions apply.

89432 (4-09)                                                                    Page 1 of 1

89023 (7-06)

# AIR BAG REPLACEMENT COVERAGE ENDORSEMENT
**Automobile Policy**

It is agreed:

Under **SECTION III - DAMAGE TO YOUR AUTOMOBILE**, **3. COVERAGE EXTENSIONS**, the following coverage extension is added:

**Air Bag Replacement Coverage**

If **your automobile** is a **private passenger automobile**, **we** will extend the Comprehensive Coverage that applies to **your automobile** for the replacement of the air bag when it inflates without **your automobile** having been involved in a Comprehensive or Collision loss.

All other policy terms and conditions apply.

89023 (7-06)                                                                                          Page 1 of 1

---

89058 (4-07)

# AMENDATORY ENDORSEMENT
# SECTION II - LIABILITY COVERAGE
**Automobile Policy**

It is agreed:

Under **SECTION II - LIABILITY COVERAGE**, **2. EXCLUSIONS**, **i.** is deleted and replaced by the following:

**i.**    to any person or organization for damage to property or an **automobile** owned by, rented to or in the care, custody or control of that person or organization.  This exclusion does not apply to **property damage** to a residence or private garage, caused by a **private passenger automobile**, when the residence or private garage is rented to or is in the care, custody or control of that person or organization.

All other policy terms and conditions apply.

89058 (4-07)                                                                                          Page 1 of 1

# PERSONAL VEHICLE SHARING PROGRAM EXCLUSION
## Automobile Policy

It is agreed:

1. **DEFINITIONS**
   The following definition applies in addition to those contained in **SECTION I - DEFINITIONS** of the policy.
   **Personal vehicle sharing program** means a legal entity engaged in the business of facilitating the sharing of an **automobile** by individuals.
2. **SECTION II – LIABILITY COVERAGE**, **2. EXCLUSIONS** is amended. The following EXCLUSION is added.
   **We** do not provide Liability Coverage for the ownership, maintenance or use of **your automobile** (that is not a **trailer**) while:
   a. enrolled in an electronic or written **personal vehicle sharing program** agreement; and
   b. being used in connection with such **personal vehicle sharing program**.
   If **you** are an individual, this exclusion does not apply to **you** or any **relative** while using such **automobile**.

However, this exclusion applies only to the extent that the limits of liability for this coverage exceed the minimum limits of liability required by the financial responsibility law of the state in which **you** reside.
3. **SECTION III – DAMAGE TO YOUR AUTOMOBILE**, **2. EXCLUSIONS** is amended. The following EXCLUSION is added.
   Loss to **your automobile** (that is not a **trailer**) which occurs while:
   a. enrolled in an electronic or written **personal vehicle sharing program** agreement; and
   b. being used in connection with such **personal vehicle sharing program**.
   If **you** are an individual, this exclusion does not apply to **you** or any **relative** while using such **automobile**.

All other policy terms and conditions apply.

Case 3:24-cv-05001-DJH Document 15-3 Filed 01/23/24 Page 46 of 55

# COMMON LOSS DEDUCTIBLE
## Automobile Policy

It is agreed:

**SECTION III – DAMAGE TO YOUR AUTOMOBILE** is amended.  The following provision is added.
1.  If **you** have a Homeowners or Mobile Homeowners policy with **us** or a company affiliated with **us** and there is a covered loss under **your** Homeowners or Mobile Homeowners policy and:
    **a.**  this policy; or
    **b.**  a **relative's** Automobile policy insured with **us** or a company affiliated with **us**, that includes the endorsement entitled Common Loss Deductible
    then, at **your** option, the **automobile** deductible applicable to the loss will be reduced by the amount of the Homeowners or Mobile Homeowners policy deductible.  In the event that more than one **automobile** deductible provision applies to the same covered loss, with **your** permission, **we** will use the deductible that benefits **you** the most.
2.  However:
    **a.**  the covered losses must result from a single **occurrence** and **you** must file a claim on each of the covered losses.
    **b.**  the amount of loss under each policy must exceed the applicable deductible and result in a paid loss.
    **c.**  in no event will the amount of such reduction exceed the amount of the applicable **automobile** deductible.
    **d.**  this provision only applies to one **automobile** deductible per household.

All other policy terms and conditions apply.

# FINANCIAL RESPONSIBILITY AND COMPULSORY INSURANCE LAWS AMENDATORY
## Automobile Policy

It is agreed:

**SECTION II – LIABILITY COVERAGE** is amended.  **5. FINANCIAL RESPONSIBILITY AND COMPULSORY INSURANCE LAWS** is deleted and replaced by the following provision.
5.  **FINANCIAL RESPONSIBILITY AND COMPULSORY INSURANCE LAWS**
    While **your automobile** is subject to the laws of another state or Canada, **we** will:
    **a.**  increase the limit of liability for **bodily injury** or **property damage** to comply with the minimum requirements of a financial responsibility or compulsory insurance law of the jurisdiction where **your automobile** is being operated; and
    **b.**  provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where **your automobile** is being used.
    This provision does not apply to any limits required by any law governing motor carriers of property or passengers.
    **We** will not duplicate payments available under this or any other insurance for the same elements of loss.

All other policy terms and conditions apply.

89024 (7-06)

# WAIVER OF GLASS DEDUCTIBLE FOR REPAIR
### Automobile Policy

It is agreed:

Under **SECTION III - DAMAGE TO YOUR AUTOMOBILE**, **1. COVERAGES**, **c. Comprehensive Coverage**, the following provision is added:

A deductible stated in the Declarations for Comprehensive Coverage does not apply to the repair of safety or laminated glass contained within the windshield, rear window, a door window or any other side window of **your automobile**, provided both **you** and **we** agree to the repair.

The provisions of this endorsement do not apply to:

**(1)**  any light or any component of any light of your **automobile**;

**(2)**  sunroofs of any type;

**(3)**  removable roof panels of any type; or

**(4)**  mirrors of any type.

All other policy terms and conditions apply.

# ADDITIONAL AND REPLACEMENT AUTOMOBILE COVERAGE
**Automobile Policy**

It is agreed:

1. Under **SECTION II - LIABILITY COVERAGE, 1. COVERAGE, c. Other Automobiles Covered** is deleted and replaced by the following:
   c. **Other Automobiles Covered**
   The Liability Coverage provided for **your automobile** also applies to certain other **automobiles**. It applies:
   (1) to an **automobile you** do not own which is temporarily used as a substitute for **your automobile**. **Your automobile** must be out of use because of breakdown, repair, servicing, loss or destruction. The owner of the substitute **automobile** is not covered.
   (2) to an **automobile** which **you** acquire if:
      (a) it replaces **your automobile**. **You** must report the replacement **automobile** to **us** no later than:
         1) the expiration date; or
         2) 30 days after **you** take possession if the replacement **automobile** is acquired less than 30 days prior to the expiration date of the policy term during which the **automobile** was acquired; or
      (b) it is an additional **automobile**, provided **you**:
         1) report the additional **automobile** to **us** within 30 days after **you** take possession; and
         2) pay any required additional premiums.
      This extension does not apply if **you** have other liability insurance that applies to the **automobile you** acquire.

2. Under **SECTION III - DAMAGE TO YOUR AUTOMOBILE, 1. COVERAGES, f. Other Automobiles Covered** is deleted and replaced by the following:
   f. **Other Automobiles Covered**
   (1) The Damage To Your Automobile Coverages provided for **your automobile** also apply to certain other **automobiles**. They apply:
      (a) to an **automobile you** do not own which is temporarily used as a substitute for **your automobile**. **Your automobile**

must be out of use because of breakdown, repair, servicing, loss or destruction.
      (b) to an **automobile** which **you** acquire if:
         1) it replaces **your automobile**. **You** must report the replacement **automobile** to **us** no later than:
            a) the expiration date; or
            b) 30 days after **you** take possession if the replacement **automobile** is acquired less than 30 days prior to the expiration date of the policy term during which the **automobile** was acquired.
         2) it is an additional **automobile**, provided **you**:
            a) report the additional **automobile** to **us** within 30 days after **you** take possession; and
            b) pay any required additional premiums.
   (2) When an **automobile** described by and subject to the conditions in **f.(1)(b)** above:
      (a) is not provided Comprehensive Coverage, then Comprehensive Coverage shall be provided with a $500 deductible; or
      (b) is not provided Collision Coverage, then Collision Coverage shall be provided with a $500 deductible
   for the lesser of:
      (a) 30 days from the date the **automobile** was acquired; or
      (b) the expiration date of the policy term during which the **automobile** was acquired when such policy term is not renewed.
   These extensions do not apply when there is other insurance covering **your** interest or the interest of the owner. However, paragraph **f.(1)(a)** above applies if **you** are legally liable.

All other policy terms and conditions apply.

69557 (11-18)

# ORIGINAL EQUIPMENT MANUFACTURER PARTS
### Automobile Policy

It is agreed:

**SECTION III – DAMAGE TO YOUR AUTOMOBILE**, **4. LIMIT OF LIABILITY** is amended.

1. Paragraph **a.** is deleted for purposes of this endorsement only.
2. The following provision is added.
   **We** will pay no more than the lowest of the following:
   **a.** the necessary cost, at local prices, to repair or replace damaged parts with:
      **(1)** new original equipment manufacturer parts through the age of two years, if reasonably available; or
      **(2)** material of similar kind and quality after the age of two years;
   **b.** the actual cash value of stolen or damaged property; or
   **c.** the Limit of Liability stated in the Declarations.
3. For purposes of this endorsement only:
   **a.** When new original equipment manufacturer parts are specified, but such parts are not reasonably available or if **you** and **we** agree, repairs may include use of aftermarket, reconditioned or recycled parts.
   **b.** Safety equipment will be repaired or replaced with new original equipment manufacturer parts when available.
   **c.** Age means the current calendar year minus the model year of **your automobile** stated in the Declarations.
   **d.** Safety equipment means:
      **(1)** air bag components;
      **(2)** brakes;
      **(3)** seat belts;
      **(4)** steering components, including tie rods;
      **(5)** steering racks;
      **(6)** suspension components, both front and rear; or
      **(7)** tires.

All other policy terms and conditions apply.

79536 (7-94)

# LOSS OF USE - RENTAL FEE REIMBURSEMENT
### Automobile Policy

It is agreed:

1. **COVERAGE**

   If **your automobile** is a **private passenger automobile** insured for Comprehensive Coverage and Collision Coverage by the policy; and

   a.  those coverages extend to a **private passenger automobile you** rent from a licensed rental **automobile** agency; and

   b.  that rental **automobile** sustains loss or damage covered by the policy;

   **we** will reimburse **you** for payment of the daily or weekly rental fee that would have been paid if the rental **automobile** had not sustained loss or damage.

2. **CONDITIONS**

   The following conditions apply in addition to those contained in **SECTION VI - GENERAL CONDITIONS** of the policy.

   a.  **You** must be required by the rental agreement to continue payment of the daily or weekly rental fee when loss or damage to the rental **automobile**:

       1)  prevents rental of that **automobile** to others; and

       2)  the loss or damage is covered by the policy.

   b.  **You** must report the **occurrence** that results in the rental **automobile** being unavailable for use to **us** as soon as practicable.

   c.  **We** will provide this coverage for a period beginning the day following the **occurrence** and ending, regardless of the policy expiration date, at the earliest of the following:

       1)  the day repairs to the rental **automobile** are completed;

       2)  the day **we** make payment for replacement of the rental **automobile**; or

       3)  thirty (30) days after the date coverage begins.

       However, coverage will not exceed a period longer than that required to repair or replace the rental **automobile**, exercising due diligence and dispatch.

   d.  **You** must submit proper receipts to **us** for all expenses claimed under this coverage.

   e.  If **you** are covered by **your** employer's insurance policy, then the Company writing **your** employer's insurance policy has primary responsibility to pay claims arising from the use of the rented vehicle.  The coverage provided by this endorsement shall be excess over any coverage provided by **your** employer's policy.

All other policy terms and conditions apply.

Case 3:24-cv-05001-JAM   Document 15-3   Filed 01/24/24   Page 51 of 55

# ADDITIONAL EXPENSE COVERAGE
**Automobile Policy**

It is agreed:

**SECTION III - DAMAGE TO YOUR AUTOMOBILE, 3. COVERAGE EXTENSIONS, b. Loss of Use By Theft** is deleted and replaced by the following:

b. **Loss Of Use**

(1) If Comprehensive Coverage or Collision Coverage, provided by this policy, apply to loss of or damage to **your automobile, we** will reimburse **you** for the actual amount paid for necessary additional transportation expenses subject to the following.

   (a) If **your automobile** is stolen, **we** will reimburse **you** for expenses incurred during the period:
   1) beginning 48 hours after **you** report the theft to **us** and the police; and
   2) ending, regardless of the policy expiration date, on the day:
      a) **your automobile** is returned; or
      b) **we** offer to pay for its loss.

   (b) If **we** determine **your automobile** is a constructive total loss by reason other than theft, **we** will reimburse **you** for expenses incurred during the period:
   1) beginning the day the **occurrence** is reported to us; and
   2) ending, regardless of the policy expiration date, on the day **we** offer to pay for its loss.

   (c) If **your automobile** sustains other covered loss or damage, **we** will reimburse **you** for expenses incurred during the period:
   1) beginning the day **your automobile** becomes unavailable for use, provided **you** have reported the loss or damage to **us**; and
   2) ending, regardless of the policy expiration date, on the day repairs are completed.
   However, **we** will not reimburse expenses for a period longer than that required to repair **your automobile** exercising due diligence and dispatch.

   (d) **Our** reimbursement will not exceed the:
   1) per day limit; and
   2) total limit for any one **occurrence**;
   stated in the Declarations for this coverage.

(2) **We** will reimburse **you** for reasonable expenses, other than transportation expenses, incurred during a period of 24 hours following the covered **occurrence** in which **your automobile** was accidentally damaged.  These expenses must be unavoidably incurred as a direct result of that damage.  They may include but are not limited to food and lodging.

(3) **You** must submit proper receipts to **us** for all expenses claimed under b.(1) and b.(2) above.

(4) Application of a Comprehensive Coverage or Collision Coverage deductible does not affect this coverage.

All other policy terms and conditions apply.

Case 3:24-cv-05001-DJM   Document 15-3   Filed 01/24/24   Page 52 of 55

79620 (3-99)

# RENTED AUTOMOBILE REPLACEMENT COVERAGE
## Automobile Policy

It is agreed:

## 1.  DEFINITIONS

The following definition applies in addition to those contained in **SECTION I - DEFINITIONS** of the policy.

**Rented automobile** means a **private passenger automobile** or a truck with a registered gross vehicle weight of 26,000 pounds or less, owned by and registered in the name of a person or organization licensed to be engaged in the business of renting **automobiles**, without drivers, to others provided the **automobile** use rate is determined on a monthly, weekly or daily basis and the rental agreement is for a period of 30 days or less.

## 2.  COVERAGE

The coverage provided by **SECTION IV - INDIVIDUAL NAMED INSURED** to a **rented automobile**, rented by **you** or a **relative** who does not own an **automobile**, shall include the following provision provided **your automobile** is insured for both COMPREHENSIVE COVERAGE and COLLISION COVERAGE by the policy.

If, as a result of accidental loss or damage, **we** and the owner of the **rented automobile** agree that it is a constructive total loss and the terms of the written rental agreement require the **rented automobile** be replaced with a new **automobile**, **we** shall replace the **rented automobile** with a new **automobile**:

**a.**  of the same make and model; and

**b.**  of the current model year; and

**c.**  with comparable **equipment** and operating features.

If such **automobile** is not available, **we** shall provide a new replacement **automobile** of comparable type and quality.

To the extent such accidental loss or damage to the **rented automobile** is covered under LIABILITY COVERAGE - BODILY INJURY and PROPERTY DAMAGE, loss or damage covered by this endorsement shall be paid under that coverage.  If the cost of the replacement **automobile** exceeds **our** limit of liability under that coverage, the excess shall be paid under COMPREHENSIVE COVERAGE or COLLISION COVERAGE without regard to any applicable deductible.

This provision applies without regard to fault or negligence on the part of **you** or **your relative**.

All other policy terms and conditions apply.

**Missouri**

# OTHER INSURANCE - AMENDATORY ENDORSEMENT
**Automobile Policy**

It is agreed:

Under **SECTION II - LIABILITY COVERAGE, 6. OTHER INSURANCE** is deleted and replaced by the following.

**6.    OTHER INSURANCE**

This provision governs the relationship of this policy with insurance policies issued by insurance companies other than **us**.  It does not define **our** limit of liability to pay any coverage provided by this policy and shall not be construed to increase any limit of liability described under **4. LIMIT OF LIABILITY**. Except as stated below, the Liability Coverage provided by this policy for **your automobile** shall be primary and with regard to any other **automobile** to which it applies, coverage shall be excess of any other applicable **automobile** liability insurance.

**a.**    When this insurance is primary and there is other **automobile** liability insurance which is stated to be applicable on an excess or contingent basis, **our** liability shall not be reduced by the existence of such insurance.

**b.**    When both this insurance and other insurance apply on the same basis, whether primary, excess or contingent, **we** shall be liable for only **our** share.  **Our** share shall be the ratio of the amount of this insurance to the total amount of all collectible **automobile** liability insurance.

**c.**    Subject to **a.** and **b.** above, this coverage shall be primary when any **trailer** is connected to **your automobile** (that is not a **trailer**).

**d.**    Subject to **b.** above, this coverage shall be excess when any **trailer** is connected to an **automobile** (that is not a **trailer**), except **your automobile** (that is not a **trailer** ).

**e.**    The limit of liability for this coverage may not be added to the limits for the same or similar coverage applying to other **automobiles** to which this policy applies to determine the amount of coverage available for any one **occurrence** regardless of:

**(1)**    the number of **automobiles** shown in the Declarations;

**(2)**    the number of premiums charged in the Declarations or premiums paid;

**(3)**    the number of claims presented or **suits** brought;

**(4)**    the number of persons injured;

**(5)**    the number of **automobiles** involved in the **occurrence**; or

**(6)**    whether this policy applies as primary or excess insurance.

All other policy terms and conditions apply.

Case 2:24-cv-05001-DJM   Document 15-3   Filed 01/24/24   Page 54 of 55

# AMENDATORY OF SECTION IV - INDIVIDUAL NAMED INSURED
## Automobile Policy

It is agreed:

**1.** For this endorsement only, the definition of **you** or **your** is superseded by the following definition.

**You** or **your** means an individual shown as named insured in the Declarations and such person's spouse who resides in the same household.

**2.** **SECTION IV - INDIVIDUAL NAMED INSURED** is deleted and replaced by the following.

**SECTION IV - INDIVIDUAL NAMED INSURED**

The following extensions of coverage apply if a named insured shown in the Declarations is an individual and an **automobile** described in the Declarations is a **private passenger automobile**.

**1.** **LIABILITY COVERAGE - BODILY INJURY AND PROPERTY DAMAGE**
   **a.** The Liability Coverage provided for **your automobile** (that is not a **trailer**) also applies to an **automobile** (that is not a **trailer**) not:
   **(1)** owned by or furnished or available for regular use to **you** or anyone living with **you**.  However, **we** will cover **your** liability for **your** use of an **automobile** (that is not a **trailer**) owned by or furnished for the regular use of a **relative**.
   **(2)** used in an **automobile** garage repair shop, sales agency, service station or public parking business **you** own or operate.
   **b.** **We** extend this coverage only:
   **(1)** to **you**;
   **(2)** to **relatives**:
       **(a)** who do not own an **automobile** (that is not a **trailer**); or
       **(b)** who own an **automobile** described in the Declarations; and
   **(3)** to anyone legally responsible for the use of the **automobile** (that is not a trailer) by the person in **b.(1)** and **b.(2)** above.
   **c.** **We** do not cover:
   **(1)** the owner of the **automobile** (that is not a trailer).

   **(2)** an **automobile** used in the business or occupation of any named insured or that of a **relative**, unless it is:
       **(a)** a **private passenger automobile**; and
       **(b)** used by **you**, such **relative** or the chauffeur or household employee of either.
   **(3)** **you** or a **relative** using an **automobile** (that is not a **trailer**) without a reasonable belief of permission to do so.

**2.** **DAMAGE TO YOUR AUTOMOBILE**
   **a.** The **Damage to Your Automobile Coverages** provided for **your automobile** also apply to an **automobile** not:
   **(1)** owned by or furnished or available for regular use to **you** or anyone living with **you**.
   **(2)** used in an **automobile** garage, repair shop, sales agency, service station or public parking business **you** own or operate.
   **b.** **We** extend this coverage only:
   **(1)** to **you**; and
   **(2)** to **relatives**:
       **(a)** who do not own an **automobile** (that is not a **trailer**); or
       **(b)** who own an **automobile** described in the Declarations.
   **c.** **We** do not cover an **automobile** used in **your** business or occupation or that of a **relative** unless it is:
       **(a)** a **private passenger automobile**; and
       **(b)** used by **you** or such **relative**, or the chauffeur or household employee of either.
   **d.** These extensions do not apply when there is other insurance covering **your** interest or the interest of the owner.  However, they do apply if **you** are legally liable.

All other policy terms and conditions apply.

Case 3:24-cv-05001-DJH   Document 15-3   Filed 01/24/24   Page 55 of 55